# United States District Court

Southern _____ DISTRICT OF _____ Florida

Hugh Hodge

**SUMMONS IN A CIVIL CASE**

V.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

CASE NUMBER: CIV-SEITZ

00-6228

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)

Mayor Arnold Lanner
CITY of HALLANDALE
400 South Federal Highway
Hallandale, Florida  33009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Fort Lauderdale, Florida  33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                         FEB 1 6 2000
CLERK                                   DATE

(BY) DEPUTY CLERK