# United States District Court

Southern ──────── DISTRICT OF ──────── Florida

Hugh Hodge

v.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 00-6228

TO: (Name and address of defendant)

Mayor Jim Naugle
CITY of FORT LAUDERDALE
100 North Andrews Avenue
Fort Lauderdale, Florida  33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Fort Lauderdale, Florida  33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 1 6 2000

CLERK                                                   DATE

(BY) DEPUTY CLERK