# United States District Court

Southern                                              Florida
─────────────── DISTRICT OF ───────────────

Hugh Hodge

          V.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CIV-SEITZ
00-6228

TO: (Name and address of defendant)

Thomas Reed
CITY Of FORT LAUDERDALE POLICE DEPARTMENT
1300 West Broward Boulevard
Fort Lauderdale, Florida  33312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Gordon S. Daniels, Esq.
        Daniels & Daniels
        Attorneys At Law, P.A.
        4300 North University Drive
        Suite B-200
        Fort Lauderdale, Florida  33351
            (954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                              FEB 1 6 2000
─────────────────────                        ─────────────────────
CLERK                                        DATE

─────────────────────
(BY) DEPUTY CLERK