# United States District Court

Southern ——————— DISTRICT OF ——————— Florida

Hugh Hodge

v.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV-SEITZ
00-6228

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)

Timothy M. Church
HALLANDALE POLICE DEPARTMENT
400 South Federal Highway
Hallandale Beach, Florida   33009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Suite B-200
Fort Lauderdale, Florida   33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

FEB 1 6 2000

DATE