# TRI-COUNTY COURTHOUSE COURIERS, INC.
Tel:   954-524-8605
Fax:   954-524-8606

Hugh Hodge

VS

Temothy M. Church et all

CASE NO. 00-6228-CV-Seitz
COURT USDC
HRG DATE 20 DAYS
TYPE OF WRIT Summons/Complaint Interrogs/Req for Production

TO: Thomas Reed, City of Fort Lauderdale P.D
1300 W Broward Blvd, Fort Lauderdale, FL 33312

RECEIVED THIS WRIT ON 2-16-00, and on 2-23-00 at 2:45 PM,
I served it on the within named Thomas Reed
in BROWARD County.

_____ INDIVIDUAL SERVICE: By serving the within named a true copy of this writ with the date and hour of service endorsed thereon by me.

_____ SUBSTITUTE SERVICE: By serving a true copy of this writ, with the date and hour of service endorsed thereon by me, at their usual place of abode with any person residing there, the age of 15 years or older, to-wit: _____
_____, or to _____
their spouse, and informing such person of the contents of writ.

X  CORPORATE SERVICE: By serving a true copy of this writ to
R. Somers as Court Liaison Officer
of said corporation in the absence of any superior officer, per F.S. 48.081, 48.081(3).
OR by serving _____ as registered agent per F.S. 48.091.

_____ POSTED:  _____ RESIDENTIAL  _____ COMMERCIAL
1st Attempt _____ at _____  2nd Attempt _____ at _____.

_____ NO SERVICE: For the reason that after diligent search and inuiry failed to find said _____ in _____ County, Florida.

_____ COMMENTS: _____

ATTORNEY:
Daniels & Daniels

FEES FOR SERVICE  22 —
PAID
BALANCE

The foregoing was acknowledged before me this 23rd day of February, 2000 by Jack Mandel, who is personally known to me.

Mark Oitno
Notary Public

BY: Jack M__
JACK MANDEL/CPS 301



#8

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern      DISTRICT OF      Florida

Hugh Hodge

V.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6228

CIV-SEITZ

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)

Thomas Reed
CITY Of FORT LAUDERDALE POLICE DEPARTMENT
1300 West Broward Boulevard
Fort Lauderdale, Florida 33312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Suite B-200
Fort Lauderdale, Florida 33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox      FEB 1 6 2000

CLERK      DATE

(BY) DEPUTY CLERK