# TRI-COUNTY COURTHOUSE COURIERS, INC.

**Tel:** 954-524-8605
**Fax:** 954-524-8606

Hugh Hodge

VS

Timothy M. Church et al

CASE NO. 00-6228-CV-Seitz
COURT USDC
HRG DATE 20 DAYS
TYPE OF WRIT Summons/Complaint Interrogs/Req. for Production

TO: Mayor Arnold Lanner, City of Hallandale
400 (S.) Federal Hwy, Hallandale, FL 33009

RECEIVED THIS WRIT ON 2-16-00, and on 2-23-00 at 1:45 PM
I served it on the within named Mayor Arnold Lanner
in BROWARD County.

\_\_\_\_ **INDIVIDUAL SERVICE:** By serving the within named a true copy of this writ, with the date and hour of service endorsed thereon by me.

\_\_\_\_ **SUBSTITUTE SERVICE:** By serving a true copy of this writ, with the date and hour of service endorsed thereon by me, at their usual place of abode with any person residing there, the age of 15 years or older, to-wit: _____, or to _____ their spouse, and informing such person of the contents of writ.

**X** **CORPORATE SERVICE:** By serving a true copy of this writ to Richard Kane as City Attorney of said corporation in the absence of any superior officer, per F.S. 48.081, 48.081(3). OR by serving _____ as registered agent per F.S. 48.091.

\_\_\_\_ **POSTED:** \_\_\_\_ **RESIDENTIAL** \_\_\_\_ **COMMERCIAL**
1st Attempt _____ at _____ 2nd Attempt _____ at _____.

\_\_\_\_ **NO SERVICE:** For the reason that after diligent search and inuiry failed to find said _____ in _____ County, Florida.

\_\_\_\_ **COMMENTS:** _____

**ATTORNEY:**
Daniels & Daniels

**FEES FOR SERVICE** 22 —
**PAID**
**BALANCE**

The foregoing was acknowledged before me this 23rd day of February, 2000 by Jack Mandel, who is personally known to me.

_Mark Ditore_
Notary Public

BY: _Jack Mandel_
JACK MANDEL/CPS 301

Mark J. Ditore
COMMISSION # CC754497 EXPIRES

#9

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ Florida

Hugh Hodge

V.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV-SEITZ

00-6228

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)

Mayor Arnold Lanner
CITY of HALLANDALE
400 South Federal Highway
Hallandale, Florida 33009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Fort Lauderdale, Florida 33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

FEB 1 6 2000

DATE