# TRI-COUNTY COURTHOUSE COURIERS, INC.
### Tel: 954-524-8605
### Fax: 954-524-8606

Hugh Hodge

VS

Timothy M. Church et al

CASE NO. 00-6228-CV-Seitz
COURT USDC
HRG DATE 20 DAYS
TYPE OF WRIT Summons/Complaint Interrogs/Req. for Production

TO: Patrick Hart, City of Fort Lauderdale, P.D. 1300 W. Broward Blvd., Fort Lauderdale, FL 33312

RECEIVED THIS WRIT ON 2-16-00, and on 2-23-00 at 2:45 PM I served it on the within named Patrick Hart in BROWARD County.

\_\_\_\_ **INDIVIDUAL SERVICE:** By serving the within named a true copy of this writ, with the date and hour of service endorsed thereon by me.

\_\_\_\_ **SUBSTITUTE SERVICE:** By serving a true copy of this writ, with the date and hour of service endorsed thereon by me, at their usual place of abode with any person residing there, the age of 15 years or older, to-wit: _____, or to _____ their spouse, and informing such person of the contents of writ.

X **CORPORATE SERVICE:** By serving a true copy of this writ to R. Somers as Court Liaison Officer of said corporation in the absence of any superior officer, per F.S. 48.081, 48.081(3). OR by serving _____ as registered agent per F.S.48.091.

\_\_\_\_ **POSTED:** \_\_\_\_ RESIDENTIAL \_\_\_\_ COMMERCIAL
1st Attempt _____ at _____ 2nd Attempt _____ at _____.

\_\_\_\_ **NO SERVICE:** For the reason that after diligent search and inuiry failed to find said _____ in _____ County, Florida.

\_\_\_\_ **COMMENTS:** _____

ATTORNEY: Daniels & Daniels

FEES FOR SERVICE 22
PAID
BALANCE

The foregoing was acknowledged before me this 23rd day of February, 2000 by Jack Mandel, who is personally known to me.

Notary Public

BY: Jack Mandel
JACK MANDEL/CPS 301



#11
#A

# United States District Court

Southern ─── DISTRICT OF ─── Florida

Hugh Hodge

V.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

SUMMONS IN A CIVIL CASE

CASE NUMBER: **CIV-SEITZ**

**00-6228**

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)

Patrick Hart
CITY of FORT LAUDERDALE POLICE DEPARTMENT
1300 West Broward Boulevard
Fort Lauderdale, Florida  33312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Fort Lauderdale, Florida  33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

FEB 1 6 2000

DATE