# TRI-COUNTY COURTHOUSE COURIERS, INC.

Tel: 954-524-8605
Fax: 954-524-8606

Hugh Hodge

vs

Timothy M. Church et al.

CASE NO. 00-6228:35
COURT USDC
HRG DATE 20 DAYS
TYPE OF WRIT Summons/Comp/Interrogs/Req. for Production

TO: Mayor Jim Naugle, City of Fort Lauderdale, 100 N Andrews Ave, Fort Lauderdale, FL 33301

RECEIVED THIS WRIT ON 2-16-00, and on 3-3-00 at 4:20 PM,
I served it on the within named Mayor Jim Naugle
in BROWARD County.

__X__ **INDIVIDUAL SERVICE:** By serving the within named a true copy of this writ, with the date and hour of service endorsed thereon by me.

_____ **SUBSTITUTE SERVICE:** By serving a true copy of this writ, with the date and hour of service endorsed thereon by me, at their usual place of abode with any person residing there, the age of 15 years or older, to-wit: _____ _____, or to _____ their spouse, and informing such person of the contents of writ.

_____ **CORPORATE SERVICE:** By serving a true copy of this writ to _____ as _____ of said corporation in the absence of any superior officer, per F.S. 48.081, 48.081(3). OR by serving _____ as registered agent per F.S.48.091.

_____ POSTED:   _____ RESIDENTIAL   _____ COMMERCIAL
1st Attempt _____ at _____, 2nd Attempt _____ at _____.

_____ **NO SERVICE:** For the reason that after diligent search and inuiry failed to find said _____ in _____ County, Florida.

_____ COMMENTS: _____

ATTORNEY:

Daniels & Daniels, P.A

FEES FOR SERVICE   22
PAID
BALANCE

The foregoing was acknowledged before me this 7th day of March, 2000 by Jack Mandel, who is personally known to me.

Notary Public  Mark J. Doore

BY: Jack Mandel
JACK MANDEL/CPS 301

MAR 15 2000

Rec'd in MIA Dkt _____

#16
#1

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern ——————— DISTRICT OF ——————— Florida

Hugh Hodge

v.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 00-6228

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)

Mayor Jim Naugle
CITY of FORT LAUDERDALE
100 North Andrews Avenue
Fort Lauderdale, Florida   33301

761-5003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Fort Lauderdale, Florida   33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                FEB 1 6 2000
_____                      _____
CLERK                                          DATE

_____
(BY) DEPUTY CLERK