UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

HUGH HODGE,

CASE NO.: 00-6228-CIV-SEITZ/GARBER

    Plaintiff,

vs.

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE

    Defendants.
_____/

### PLAINTIFF'S CERTIFICATION OF MAILING

COMES NOW, Plaintiff, HUGH HODGE, by and through his undersigned attorney and pursuant to this Court's Order of March 2, 2000 hereby certifies that a true and correct copy of the Order Requiring Counsel to Meet and File Joint Scheduling Report and Proposed Order entered on March 2, 2000 by the Honorable Patricia A. Seitz has been mailed to all attorneys that have appeared in this cause to date: Richard Kane, City Attorney, Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009 and to Dieter K. Gunther, Adorno & Zeder,

P.A., Attorney for Defendant, City of Fort Lauderdale, 888 Southeast Third Avenue, Suite 500, Fort Lauderdale, Florida 33335-9002 this *14th* day of March, 2000.

                              DANIELS & DANIELS
                              Attorneys At Law, P.A.
                              Attorneys for Plaintiff
                              4300 North University Drive
                              Suite B-200
                              Fort Lauderdale, Florida 33351
                              Telephone:  (954) 572-7100
                              Fax:  (954) 572-0667

                              By: _____
                              GORDON S. DANIELS, ESQ.
                              Florida Bar No. 350648

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER



HUGH HODGE,

        Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, et al,

        Defendant.
_____/

### ORDER REQUIRING COUNSEL TO MEET AND FILE
### JOINT SCHEDULING REPORT AND PROPOSED ORDER

THIS MATTER came before the Court upon the filing of the Complaint. The Court has reviewed the Complaint and is otherwise fully advised. It is

ORDERED that Plaintiff shall forward a copy of this Order to all defendants, upon notice of appearance of defense counsel. It is further ORDERED as follows:

1.    Discovery in this case shall be conducted in accord with the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, except that the deadlines under Local Rules 16.1.D., E., H., J., K., and L., may be modified by further order of the Court.

2.    Counsel for the parties shall meet in person for a scheduling conference within **thirty (30) days** after the filing of the first responsive pleading by the last responding defendant, or within **sixty (60) days** after the filing of the complaint, whichever occurs first. *See* Local Rule 16.1.B. At this conference, the parties **shall** accomplish the following: (1) they shall determine the appropriate case management track for the action; (2) they shall exchange documents and witness lists in compliance with Local Rules 16.1.B.1 & .4; (3) they shall develop a case management plan which

sets deadlines in compliance with the following paragraphs of this Order; and (4) they shall discuss settlement, in good faith, after reviewing the opposing parties' disclosed documents and witness lists in compliance with Local Rule 16.1.B.5.

3. Within **ten (10) days** following the scheduling conference, counsel shall file a Joint Scheduling Report and Joint Proposed Scheduling Order pursuant to Local Rule 16.1.B.7, **with one set of postage prepaid envelopes.**

    A. The Joint Scheduling Report shall include all information required by the eleven subsections, (a) through (k), of Local Rule 16.1.B.7. *__IN ADDITION TO THE INFORMATION REQUIRED BY THAT RULE, THE REPORT SHALL INCLUDE THE FOLLOWING__*: (1) whether the trial will be jury or non-jury; (2) an outline of the legal elements of each claim and defense raised by the pleadings (the parties are advised that this section shall not be a summary of allegations, but should be modeled on pattern substantive jury instructions applicable in this Court); (3) good faith estimate of the specific dollar valuation of actual damages and other relief at issue; and (4) the need for variance from the discovery limitations imposed by Local Rule and/or the Federal Rules of Civil Procedure, including the grounds supporting the requested variance. In total, the Joint Scheduling Report shall have 15 numerical sections containing the above required information [eleven to comply with the Local rule, and four to comply with the additional requirements of this Order]. **Unilateral submissions are prohibited**.

    B. As an attachment to the parties' Joint Scheduling Report, and in Compliance with Local Rule 16.1.B.7, the parties shall jointly complete *Attachment A* to this Order. The parties shall insert the specific day, month and year for each listed deadline which applies to the parties' case management plan. In completing *Attachment A*, the parties shall take into consideration the suggested pretrial deadlines set out in *Attachment B* to this Order. If the parties agree that one or

2

more of the proposed deadlines (such as "expert witness deadlines") is not appropriate for this action, they may strike the language and omit that proposed deadline in *Attachment A*. The proposed dates **shall** include: (1) **at least fifteen (15) weeks** between the deadline for all pretrial dispositive motions and the proposed trial date; (2) **at least five (5) weeks** between the deadline for the pretrial stipulation and the proposed trial date; and (3) **at least four (4) weeks** between the deadline for the proposed jury instructions or proposed findings of fact and conclusions of law and the proposed trial date.

   C. As part of the Joint Scheduling Report, the parties shall jointly complete and file with the Court the Magistrate Judge jurisdiction election form appended to this Order as *Attachment C*. The Court will not accept unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree. If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the election form appended to this Order as *Attachment D*.

   4. The foregoing information will aid the Court in its management of this case, including the expeditious resolution of any discovery disputes, and help the parties focus on the key issues of the case at an early stage in the proceedings. Accordingly, **failure of counsel to file a joint scheduling report shall result in dismissal, default, and the imposition of other sanctions, including attorney's fees and costs.**

DONE AND ORDERED in Miami, Florida, this 2nd day of ~~February~~ *March*, 2000.

                *Patricia A. Seitz*
                PATRICIA A. SEITZ
                UNITED STATES DISTRICT JUDGE

cc: Gordon S. Daniels, Esquire

## Pretrial Deadlines, Pretrial Conference and Trial Date

_____ \_\_\_, \_\_\_   Joinder of parties and amendment of pleadings.

_____ \_\_\_, \_\_\_   Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. The parties are under a continuing obligation to supplement discovery responses within <u>ten (10) days</u> of receipt or other notice of new or revised information.

_____ \_\_\_, \_\_\_   All <u>fact</u> discovery must be completed.

_____ \_\_\_, \_\_\_   Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant.

_____ \_\_\_, \_\_\_   Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

_____ \_\_\_, \_\_\_   All <u>expert</u> discovery must be completed.

_____ \_\_\_, \_\_\_   Mediation must be completed.

_____ \_\_\_, \_\_\_   All dispositive pretrial motions and memoranda of law must be filed.

_____ \_\_\_, \_\_\_   (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation.** The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; and
(b) A joint statement outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, either in the form of a proposed jury instruction (for jury cases) or proposed conclusions of law (for non-jury cases); **and**
(c) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (*i*) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

_____ \_\_\_, \_\_\_   Final proposed jury instructions or findings of fact and conclusions of law must be submitted. *(A courtesy copy shall be hand-delivered to Chambers on 3.5 diskette, WordPerfect format)*, each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

_____ \_\_\_, \_\_\_   Pretrial conference.

_____ \_\_\_, \_\_\_   Trial Date.

_____ \_\_\_, \_\_\_   Date of any other deadline the parties adopt as part of their case management plan.

[Attachment A]

## SUGGESTED PRETRIAL DEADLINES

| | |
|---|---|
| 31 weeks prior to pretrial stip | Joinder of parties and amendment of pleadings. |
| 21 weeks prior to pretrial stip | Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 17 weeks prior to pretrial stip | All <u>fact</u> discovery must be completed. |
| 16 weeks prior to pretrial stip | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| 14 weeks prior to pretrial stip | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| 12 weeks prior to pretrial stip | All <u>expert</u> discovery must be completed. |
| 11 weeks prior to pretrial stip | Mediation must be completed. |
| 10 weeks prior to pretrial stip | All dispositive pretrial motions and memoranda of law must be filed. |
| 5 weeks prior to the Friday before trial period | (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts and other relief sought. The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**<br><br>(b) A joint statement outlining (1) the legal elements of Plaintiff's claims, including damages, and other relief sought, and (2) the legal elements of the defenses raised, either in the form of a proposed jury instruction (for jury cases) or proposed conclusions of law (for non-jury cases); **and**<br><br>(c) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (*i*) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation. |
| Friday before Calendar Call | Final proposed jury instructions or findings of fact and conclusions of law must be submitted. *(A courtesy copy shall be hand-delivered to Chambers on 3.5 diskette, WordPerfect format)*, each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination. |

[Attachment B]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH,
THOMAS REED, et al

    Defendant.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES
### MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs      Yes _____ No _____

2. Motions for Attorney's Fees      Yes _____ No _____

3. Motions for Sanctions      Yes _____ No _____

4. Motions to Dismiss      Yes _____ No _____

5. Motions for Summary Judgment      Yes _____ No _____

6. Other (specify) _____

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

[Attachment C]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH,
THOMAS REED, et al

    Defendant.
_____/

## ELECTION TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Plaintiff's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

_____    _____
(Date)    (Signature-Defendant's Counsel)

[Attachment D]