# TRI-COUNTY COURTHOUSE COURIERS, INC.

Tel: 954-524-8605
Fax: 954-524-8606

00-6228CV-PAS

_Hugh Hodge_

CASE NO. _00-6228_
COURT _USDC_

VS

HRG DATE _20 DAYS_

_Timothy M. Church, et al_

TYPE OF WRIT _Summons/Complaint Interrogs/Req for Production_

TO: _Timothy M. Church, Hallandale Police Dept 400 S. Federal Hwy, Hallandale Beach, FL 33009_

RECEIVED THIS WRIT ON _2-16-00_, and on _4-10-00_ at _5:00 PM_,
I served it on the within named _Timothy M. Church_
in _BROWARD_ County.

**X** INDIVIDUAL SERVICE: By serving the within named a true copy of this writ, with the date and hour of service endorsed thereon by me.

___ SUBSTITUTE SERVICE: By serving a true copy of this writ, with the date and hour of service endorsed thereon by me, at their usual place of abode with any person residing there, the age of 15 years or older, to-wit: _____
_____, or to _____
their spouse, and informing such person of the contents of writ.

___ CORPORATE SERVICE: By serving a true copy of this writ to _____
_____ as _____
of said corporation in the absence of any superior officer, per F.S. 48.081, 48.081(3).
OR by serving _____ as registered agent per F.S.48.091.

___ POSTED: ___ RESIDENTIAL ___ COMMERCIAL
1st Attempt _____ at _____  2nd Attempt _____ at _____ .

___ NO SERVICE: For the reason that after diligent search and inuiry failed to find said _____ in _____ County, Florida.

___ COMMENTS: _____

ATTORNEY:

_Daniels & Daniels, Esq._

FEES FOR SERVICE _22—_
PAID
BALANCE

The foregoing was acknowledged before me this _12th_ day of _April_, 2000 by Jack Mandel, who is personally known to me.

_Mark Dire_
Notary Public

BY: _Jack M..._
JACK MANDEL/CPS _301_

#22
HH

# United States District Court

Southern ———————————— DISTRICT OF ———————————— Florida

Hugh Hodge

V.

Timothy M. Church, Thomas Reed,
Patrick Hart, David Wheeler,
City of Fort Lauderdale, and
City of Hallandale

SUMMONS IN A CIVIL CASE

CASE NUMBER: CIV-SEITZ

00-6228

MAGISTRATE JUDGE
GARBER

TO: (Name and address of defendant)
Timothy M. Church
HALLANDALE POLICE DEPARTMENT
400 South Federal Highway
Hallandale Beach, Florida  33009

954-457-1400

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon S. Daniels, Esq.
Daniels & Daniels
Attorneys At Law, P.A.
4300 North University Drive
Suite B-200
Fort Lauderdale, Florida  33351
(954) 572-7100

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                    FEB 1 6 2000

CLERK                                              DATE

(BY) DEPUTY CLERK