UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

## DEFENDANT CHURCH'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, police officer Timothy Church, files his Answer to the Complaint and states:

1. Defendant admits the allegations contained in paragraphs 2, 8 and 10. Except, Defendant denies that his employer is a political subdivision of Broward County.

2. Defendant denies the allegations contained in paragraphs 6, 9, 11-21, 53 and 54.

3. Defendant is without knowledge of the veracity of the allegations contained in paragraphs 1, 3, 4, 5 and 7.

## AFFIRMATIVE DEFENSES

4. There was probable cause or at least arguable probable cause for Plaintiff's arrest.

5. As to Plaintiff's civil rights claim, Officer Church is entitled to qualified immunity from liability because at all times material he was acting as a police officer performing discretionary governmental functions and did not violate any clearly established rights of the Plaintiff.

6. All actions taken by Officer Church were justified, and reasonable and any use of force was necessitated by the unlawful and unreasonable conduct of the Plaintiff.

23

7. Officer Church cannot be held personally liable for Plaintiff's battery claim because at all times material he acted as a police officer, within the scope of his employment and did not act in bad faith, with malicious purpose or in a manner exhibiting a wanton and willful disregard of human rights, safety or property. Sec. 768.28(9)(a), Fla. Stat.

8. If Plaintiff received benefits from collateral sources, Defendants is entitled to a set off or reduction in the amount of any verdict.

9. Officer Church only used that force reasonably necessary to effectuate the lawful arrest of the Plaintiff.

10. Plaintiff's battery claim fails to state a claim upon which relief may be granted because any alleged force used was incident to a lawful arrest.

Wherefore, Defendant, police officer Timothy Church, demands judgment in his favor together with attorney's fees. 42 U.S.C. Sec. 1988 and Section 57.105(1), Florida Statutes.

## CERTIFICATE OF SERVICE

I certify that a copy hereof was mailed to Daniels & Daniels, P.A., 4300 University Drive, Suite B-200, Fort Lauderdale, FL 33351, and to Dieter Gunther, Esquire, of Adorno & Zeder, P.A., 888 S.E. 3rd Ave., Suite 500, Ft. Lauderdale, FL 33335, on April 18, 2000.

Mark Goldstein
City Attorney, Hallandale Beach
400 S. Federal Highway
Hallandale Beach, Florida 33009
Telephone (954) 457-1325
Facsimile (954) 457-1342

FL Bar No: 882186