UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ



HUGH HODGE,

       Plaintiff,

v.

TIMOTHY M. CHURCH, THOMAS REED, et al.,

       Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. Upon review of the record, the Court notes that no scheduling report has been filed. Consequently, it is hereby

ORDERED that within ten (10) calendar days of the date of this Order, the parties shall file a memorandum showing good cause why this Court should not find them in contempt for failure to comply with this Court's March 3, 2000 Order Requiring Counsel to Meet and File Joint Scheduling Report.

DONE AND ORDERED in Miami, Florida this 31st day of May, 2000.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:   Gordon Shawn Daniels, Esquire
        Mark Alexander Goldstein, Esquire
        Dieter Klaus Gunther, Esquire