UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

HUGH HODGE,

        Plaintiff,

vs.

CASE NO.: 00-6228-CIV-SEITZ/GARBER

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE
        Defendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW**, Attorneys for the parties, herein, and in response to the Court's Order to Show Cause dated May 31, 2000 hereby state as follows:

1. That in compliance with the Court's Order Requiring Counsel to Meet and File Joint Scheduling Report and Proposed Order dated March 2, 2000, on April 10, 2000 the attorneys for the parties met to discuss the issues of the case, documents to be exchanged, witnesses known to the parties and the preparation of the Proposed Joint Scheduling Order.

2. Plaintiff's counsel subsequently began to draft the Joint Scheduling Report and Joint Proposed Scheduling Order herein to send to Attorneys Gunther and Goldstein. However, due to personal circumstances regarding the health of his wife/law partner, Lisa L. Daniels, this procedure was unfortunately delayed.

3. Plaintiff's counsel respectfully requests that this Court grant an additional ten (10) days for the filing of the Joint Scheduling Report and Joint Proposed Scheduling Order. No party will be prejudiced, and all dates and issues have been agreed upon by the attorneys.

WHEREFORE, the parties respectfully request an additional ten (10) days to file the required documents.

Dated this 7th day of June, 2000.

GORDON S. DANIELS, ESQ.
DANIELS & DANIELS
Attorneys At Law, P.A.
Attorneys for Plaintiff
4300 North University Drive
Suite B-200
Fort Lauderdale, Florida 33351
Telephone:  (954) 572-7100
Fax:  (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

DIETER K. GUNTHER, ESQ.
ADORNO & ZEDER, P.A.
Attorney for Defendants, City of Fort
 Lauderdale, et al.
888 S.E. Third Avenue
Suite 500
Fort Lauderdale, Florida 33335-9002
Telephone:  (954) 523-5885
Fax:  (954) 760-9531

BY: _____
For DIETER K. GUNTHER, ESQ.
Florida Bar No.: 094456

MARK GOLDSTEIN, ESQ.
City Attorney, Hallandale Beach
Attorney for Defendants, Timothy
 Church and City of Hallandale
400 S. Federal Highway
Hallandale Beach, Florida 33009
Telephone:  (954) 457-1325
Fax:  (954) 457-1342

By: _____
Florida Bar No.: 882186
For MARK GOLDSTEIN

-2-