UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,                         Magistrate Judge Garber

       Plaintiff,

vs.

TIMOTHY M. CHURCH, THOMAS REED
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE,

       Defendants.

_____

## JOINT SCHEDULING REPORT

COME NOW the Parties, by and through their undersigned counsel, and pursuant to Local Rule 16.1(B)(7) hereby file their Joint Scheduling Report in the above-styled action and show the Court as follows:

1. **Detailed Schedule of Discovery for Each Party:**

   The parties do not currently anticipate the need to take an excess of ten (10) depositions on each side.

   The parties anticipate that written discovery, including Requests for Production, Interrogatories, and Requests for Admissions will be served on each other.

2. **Likelihood of Settlement:**

   While the parties believe that it is premature to conduct settlement negotiations at this time, the parties agree and will explore the possibility of settlement by way of personally meeting and discussing settlement.

CASE NO. 00-6228-CIV-SEITZ

3. **Likelihood of Appearance of Additional Parties:**

   It is not expected that additional parties will be added.

4. **Proposed Limits on Time:**

   a. Join other parties and amend the pleadings:

   The parties agree that joinder of other parties and amendments to the pleadings shall be made on or before Thursday, June 15, 2000.

   b. File and Hear Motions:

   The parties agree that the deadline to file motions dispositive motions should be November 30, 2000.

   c. Complete Discovery:

   The parties estimate that discovery can reasonably be completed on or before October 30, 2000.

5. **Proposal for the Formulation and Simplification of Issues:**

   None at this time.

6. **Necessity of Amendments to the Pleadings:**

   Other than set forth in Paragraph 4 (a), the parties do not foresee the possibility of adding additional parties or amending the pleadings at this time.

7. **Possibility of Obtaining Admissions of Fact and of Documents Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents and the Need for Advanced Rulings From the Court on Admissibility of Evidence.**

   The parties agree to work together to make admissions and stipulations where practical in order to avoid unnecessary use of judicial resources.

CASE NO. 00-6228-CIV-SEITZ

8.  **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence:**

    The parties agree to work together to avoid unnecessary proof and cumulative evidence in order to avoid unnecessary use of judicial resources.

9.  **Suggestions on the Advisability of Referring Matters to a Magistrate Judge:**

    The parties desire that dispositive motions be heard by Judge Seitz. Also, the parties submit that trial should also be conducted before Judge Seitz. The parties do not object to referring this matter to a magistrate for purposes of deciding discovery issues and extension issues that may arise.

10. **Preliminary Estimate of Time Required for Trial:**

    The Parties believe that this is a standard track case and expect that this trial will be completed in three to five (3-5) days.

    (A) **Requested Dates for Conferences Before Trial, A Final Pretrial Conference and Trial:**

    The parties agree that a Pretrial Conference should be held Friday, December 29, 2000. Further, the parties agree that jury instructions should be submitted no later than Tuesday, January 23, 2001. Finally, parties agree that trial should occur on January 30, 2001.

    (B) **Documents:**

    The parties agree to exchange documents, exhibits and fact witness lists on or before Friday, July 14, 2000.

    (C) **Case Management Track:**

    The parties agree that this case should be placed on the Standard Case Management Track.

    (D) **Any Other Information that Might be Helpful to the Court in Setting the Case for Status or Pretrial Conference:**

3

CASE NO. 00-6228-CIV-SEITZ

The parties agree to conduct mediation on or before November 15, 2000, and agree to utilize the services of Mediation Inc.

The parties agree that Plaintiff will disclose expert witnesses no later than September 15, 2000.

The parties agree that Defense will disclose expert witnesses no later than September 29, 2000.

DATED this 7th day of June, 2000.

ADORNO & ZEDER, P.A.
Attorneys for Defendants,
Reed, Hart, Wheeler and City of
Fort Lauderdale
888 S.E. Third Avenue, #500
Fort Lauderdale, FL 33335-9002
Telephone: (954) 523-5885
Facsimile:  (954) 760-9531

DANIELS & DANIELS
Attorneys for Plaintiff
4300 N. University Drive, #B-200
Fort Lauderdale, FL 33351
Telephone: (954) 572-7100
Facsimile:  (954) 572-0667

By: _____
Dieter K. Gunther
Florida Bar No.: 094456

By: _____
Gordon S. Daniels
Florida Bar No.: 350648

CITY OF HALLANDALE
City Attorney's Office
Attorney for City of Hallandale & Church
400 South Federal Highway
Hallandale, FL 33009
Telephone: (954) 458-3251
Facsimile:  (954) 457-1342

By: _____
Mark Goldstein, City Attorney
Fla. Bar No.: 882186

DKG/rjh
[142341]

4