UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

HUGH HODGE,  CASE NO.: 00-6228- CIV-SEITZ/GARBER

  Plaintiff,

vs.

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE

  Defendants.
_____/

## ANSWER TO AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, HUGH HODGE, by and through the undersigned attorney, and files this Answer to Defendant's, TIMOTHY M. CHURCH, Affirmative Defenses dated April 18, 2000 as follows:

Plaintiff denies each and every Affirmative Defense asserted by Defendant, TIMOTHY M. CHURCH, herein.

I HEREBY CERTIFY that a copy of the foregoing was mailed on the 12th day of JUNE, 2000 to the offices of: Mark Goldstein, Esq., City Attorney, Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009, Attorney for Defendant, CITY OF HALLANDALE, and Dieter K. Gunther, Esq., Adorno & Zeder, P.A, 888 Southeast Third Avenue,

Suite 500, Fort Lauderdale, Florida 33335-9002, Attorney for Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER, and CITY OF FORT LAUDERDALE.

        DANIELS & DANIELS
        Attorneys At Law, P.A.
        Attorneys for Plaintiff
        4300 North University Drive
        Suite B-200
        Fort Lauderdale, Florida 33351
        Telephone:   (954) 572-7100
        Fax:   (954) 572-0667

By: _____
        GORDON S. DANIELS, ESQ.
        Florida Bar No. 350648