UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

### DEFENDANT CHURCH'S MOTION TO STRIKE PLAINTIFF'S ANSWER TO AFFIRMATIVE DEFENSES

Defendant, Timothy Church, pursuant to Fed.R.Civ.P. 12(f), moves the Court to strike Plaintiff's Answer to Affirmative Defenses and states:

1. On June 12, 2000, Plaintiff served Defendant, Timothy M. Church, with an Answer to Affirmative Defenses. The undersigned has never heard of such a pleading, but assumes that it is an unauthorized reply.

2. The Federal Rules do not permit a response to an answer that does not contain a counterclaim. See Fed.R.Civ.P. 7(a); Williams v. Jader Fuel Co., Inc., 944 F.2d 1388, 1399 (7th Cir. 1991); Nunley v. Kloehn, 158 F.R.D. 614, 619-620 (E.D. Wis. 1994).

Wherefore, Defendant, Timothy M. Church, requests that the Court strike Plaintiff's Answer to Affirmative Defenses.

CERTIFICATE OF SERVICE

I certify that a copy hereof was mailed to Daniels & Daniels, P.A., 4300 N. University Drive, Suite B-200, Fort Lauderdale, FL 33351, and to Dieter Gunther, Esquire, of Adorno & Zeder, P.A., 888 S.E. 3rd Ave., Suite 500, Ft. Lauderdale, FL 33335, on June 15, 2000.

Mark Goldstein
City Attorney, Hallandale Beach
400 S. Federal Highway
Hallandale Beach, Florida 33009
Telephone (954) 457-1325
Facsimile (954) 457-1342

_____
FL Bar No: 882186

hodgecty.m2s