UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ



HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO STRIKE

THIS CAUSE comes before the Court upon Defendant Timothy Church's Motion to Strike Plaintiff's Answer to Affirmative Defenses, filed June 16, 2000 [D.E. No. 28]. It is hereby

ORDERED that Defendant Timothy Church's Motion to Strike Plaintiff's Answer to Affirmative Defenses [D.E. No. 28] is DENIED..

DONE AND ORDERED in Miami, Florida this 19th day of June, 2000.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Gordon S. Daniels, Esq.
       Mark Goldstein, Esq.
       Dieter K. Gunther, Esq.