UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/



## ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED SCHEDULING REPORT

THIS CAUSE comes before the Court upon review of the parties' response to the Court's June 1, 2000, Order to Show Cause, and the parties' Joint Scheduling Report, both filed June 8, 2000. The Court notes that the Scheduling Report actually filed does **not** comply with this Court's March 3, 2000, Order Requiring Counsel to Meet and File Joint Scheduling Report. In their response to the Order to Show Cause, however, the parties have requested a ten-day extension of time to file the Joint Scheduling Report. The Court therefore deems the parties' request as one to file an <u>Amended</u> Joint Scheduling Report that fully comports with this Court's prior order. Hence it is hereby

ORDERED that the parties shall have ten (10) days from the date of this order within which to file an Amended Joint Scheduling Report that <u>fully</u> complies with the Court's Order of March 3, 2000. Any failure to comply with this order <u>shall</u> result in the imposition of sanctions against all parties.

DONE AND ORDERED in Miami, Florida this 19th day of June, 2000.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc:    Gordon S. Daniels, Esq.
        Mark Goldstein, Esq.
        Dieter K. Gunther, Esq.