UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

00 SEP 18 PM 5:53

CASE NO: 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

**NOTICE OF TAKING DEPOSITION**

To:  Daniels & Daniels, P.A.    Dieter Gunther, Esq.
     4300 N. University Dr.    Adorno & Zeder, P.A.
     Suite B-200                888 S.E. 3rd Avenue, Ste. 500
     Ft. Lauderdale, FL 33351   Ft. Lauderdale, FL 33335

    PLEASE TAKE NOTICE that on Thursday, October 19, 2000, at 10:00 A.M., at Hallandale Beach City Hall, 400 S. Federal Highway, Room 219, Hallandale Beach, Florida 33009, Defendant, Timothy M. Church, will take the deposition of Plaintiff, Hugh Hodge, upon oral examination, before Boss Certified Realtime Reporting, Inc., Notaries Public in the State of Florida, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed and is being taken for the purpose of discovery, for use at trial, or both, or for such other purposes as are permitted under the applicable rules of Court.

    I CERTIFY that a copy hereof was mailed to the above addressees this September 14, 2000.

                               MARK GOLDSTEIN
                               City Attorney, Hallandale Beach
                               400 S. Federal Highway
                               Hallandale, Florida 33009
                               Telephone: (954) 457-1325
                               Facsimile: (954) 457-1342

                               _____
                               Fla. Bar No. 882186