UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

RE-NOTICE OF TAKING DEPOSITION
(Cancels deposition of 10/19/2000)

To:   Daniels & Daniels, P.A.     Dieter Gunther, Esq.
      4300 N. University Dr.      Adorno & Zeder, P.A.
      Suite B-200                  888 S.E. 3rd Avenue, Ste. 500
      Ft. Lauderdale, FL 33351    Ft. Lauderdale, FL 33335

PLEASE TAKE NOTICE that on Monday, October 16, 2000, at 10:00 A.M., at Hallandale Beach City Hall, 400 S. Federal Highway, Room 219, Hallandale Beach, Florida 33009, Defendant, Timothy M. Church, will take the deposition of Plaintiff, Hugh Hodge, upon oral examination, before Boss Certified Realtime Reporting, Inc., Notaries Public in the State of Florida, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed and is being taken for the purpose of discovery, for use at trial, or both, or for such other purposes as are permitted under the applicable rules of Court.

    I CERTIFY that a copy hereof was mailed to the above addressees this September 19, 2000.

MARK GOLDSTEIN
City Attorney, Hallandale Beach
400 S. Federal Highway
Hallandale, Florida 33009
Telephone: (954) 457-1325
Facsimile: (954) 457-1342

Fla. Bar No. 882186