UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendant.
_____/



## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with <u>CHARLES TETUNIC of MEDIATION, INC.</u> on <u>October 23</u>, 20<u>00</u> at <u>3:00 p</u>.m., at <u>100 S.E. Third Avenue, 18th Floor, Fort Lauderdale</u>, _____, Florida.

DONE AND ORDERED at Miami, Florida, this <u>22nd</u> day of <u>September</u>, 20<u>00</u>.

                                  PATRICIA A. SEITZ
                                  UNITED STATES DISTRICT JUDGE

cc: Gordon S. Daniels, Esq.
    Dieter K. Gunther, Esq.
    Mark Goldstein, Esq.

