UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER



HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

## REPLY TO AFFIRMATIVE DEFENSES

**COMES NOW** the Plaintiff, HUGH HODGE, by and through the undersigned attorney, and files this Reply to the CITY OF FORT LAUDERDALE's Affirmative Defenses as follows:

    1.    Plaintiff denies each and every Affirmative Defense asserted by Defendant, CITY OF FORT LAUDERDALE, and demands strict proof thereof.

**I HEREBY CERTIFY** that a copy of the foregoing was mailed on September 28, 2000, to the offices of: DIETER K. GUNTHER, ADORNO & ZEDER, P.A., Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, FL 33335-9002 and MARK GOLDSTEIN, ESQ., Attorney for Defendant, City of Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009.

                                  DANIELS & DANIELS, PA
                                  **Attorneys for Plaintiff**
                                  4300 North University Drive, Suite B-200
                                  Fort Lauderdale, Florida 33351
                                  **Telephone:**   (954) 572-7100
                                  **Fax:**   (954) 572-0667

                                  By: _____
                                      GORDON S. DANIELS, ESQ.
                                      Florida Bar No. 350648