UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

### DEFENDANT CITY OF HALLANDALE'S ANSWER

Defendant, City of Hallandale, Answers the Complaint and states:

1. Defendant admits the allegations contained in paragraphs 1, 2, 6, 77, 79, 80 and 81 of the Complaint.

2. Defendant denies the allegations contained in paragraphs 81 and 83-89.

3. Defendant is without knowledge of the veracity of the allegations contained in paragraphs 3, 4, 5 and 7 of the Complaint.

4. All allegations not specifically addressed above are denied.

### AFFIRMATIVE DEFENSES

5. Plaintiff's damages, if any, are limited by Section 768.28(5), Florida Statutes.

6. Should the jury find that the individual Co-Defendant's actions were malicious, undertaken in bad faith or with a willful and wanton disregarded of Plaintiff's rights or safety, then this Defendant would be immune from liability by virtue of Section 768.28(9)(a), Florida Statutes.

