UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

### CORRECTED MOTION TO RESET MEDIATION FOR JANUARY, 2001

    **COMES NOW** the Plaintiff, HUGH HODGE, by and through the undersigned attorney, and files this his Corrected Motion to Reset Mediation for January, 2001, and not January 2000, as previously filed with this Court on October 2, 2000. and for grounds thereof would show:

    1.    Plaintiff's attorney received an Order Scheduling Mediation for October 23, 2000 at 3:00 P.M. at Mediation, Inc., 100 S.E. Third Avenue, 18th Floor, Fort Lauderdale before Mediator, Charles Tetunic.

    2.    Plaintiff is presently incarcerated at the Conte Facility, P.O. Box 407016, Fort Lauderdale, Florida 33340, under Arrest No.: 570007382, with an expected release date of late December, 2000.

    3.    Plaintiff is unable to attend the Mediation due to his incarceration.

    4.    Plaintiff respectfully requests that this Honorable Court cancel the Mediation, presently scheduled for October, 23, 2000, and reset the Mediation for January, 2001 or later, so that Plaintiff may attend Mediation.

    **I HEREBY CERTIFY** that a copy of the foregoing was mailed on Docket October 12, 2000, to the offices

HODGE V. CHURCH, ET AL.
CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 2

of: DIETER K. GUNTHER, ADORNO & ZEDER, P.A., Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, FL 33335-9002 and MARK GOLDSTEIN, ESQ., Attorney for Defendant, City of Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone: (954) 572-7100
Fax: (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648