UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

HUGH HODGE,

        Plaintiff,

vs.

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE
        Defendants.
_____/

CASE NO.: 00-6228-CIV-SEITZ/GARBER



FILED by _____ D.C.
INTAKE
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, HUGH HODGE, by and through his undersigned attorneys, and files this his Witness List as follows:

1. Joe Mayadeene
   1520 N.W. 15th Place
   Fort Lauderdale, FL
   Telephone: (954) 462-4312

2. All Defendants.

3. Plaintiff, Hugh Hodge.

4. Dr. Raybin, Emergency Room Physician
   Broward General Medical Center
   1600 South Andrews Avenue
   Fort Lauderdale, FL 33316
   Telephone: (954) 355-4400

5. Emergency Room RN, Shock
   Broward General Medical Center
   1600 South Andrews Avenue
   Fort Lauderdale, FL 33316
   Telephone: (954) 355-4400

6. Dr. Lieman, Psychiatrist
   Broward County Jail - Infirmary
   555 N.E. 1st Avenue
   Fort Lauderdale, FL 33301
   (954) 831-5900

7. Treating Doctors and Nurses
   Broward County Jail - Infirmary
   555 N.E. 1st Avenue
   Fort Lauderdale, FL 33301
   (954) 831-5900

8, Jason Gunther, Public Defender
   and/or his representative
   201 S.E. 6th Street, #3872
   Fort Lauderdale, FL 33301
   (954) 831-8650



CASE NO.: 00-6228-CIV-SEITZ/GARBER
PAGE 2

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on the 13th day of October, 2000 to Dieter K. Gunther, Esq., Adorno & Zeder, P.A, 888 S.E. Third Ave., #500, Fort Lauderdale, FL 33335-9002, Attorney for Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER, and CITY OF FORT LAUDERDALE and to Mark Goldstein, Esq., City Attorney, Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, FL 33009, Attorney for Defendant, CITY OF HALLANDALE.

DANIELS & DANIELS
Attorneys At Law, P.A.
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone: (954) 572-7100
Fax: (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648