```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         MIAMI DIVISION

                         CASE NO: 00-6228-CIV-SEITZ/GARBER
HUGH HODGE,

     Plaintiff,
v.

TIMOTHY M. CHURCH, et al.,

     Defendants.
_____/
```



## DEFENDANT CITY OF HALLANDALE AND CHURCH'S FACT WITNESS DISCLOSURE LIST

Defendants, City of Hallandale and Timothy M. Church, pursuant to the August 3, 2000 Court Order Setting Trial Date, Pretrial Deadlines and Referral to Magistrate, disclose their fact witnesses as follows:

1. Jay Smith
   Ft. Lauderdale Police Department
   1300 W. Broward Blvd.
   Ft. Lauderdale, Fl. 33301

2. Tim Shields
   Ft. Lauderdale Police Department
   1300 W. Broward Blvd.
   Ft. Lauderdale, Fl. 33301

3. Michael Arbit
   Ft. Lauderdale Police Department
   1300 W. Broward Blvd.
   Ft. Lauderdale, Fl. 33301

4. Thomas Ferri
   Ft. Lauderdale Police Department
   1300 W. Broward Blvd.
   Ft. Lauderdale, Fl. 33301

#46

5. Timothy Church
   Hallandale Beach Police Department
   400 S. Federal Hwy.
   Hallandale Beach, Florida 33009

6. Thomas Reed
   Ft. Lauderdale Police Department
   1300 W. Broward Blvd.
   Ft. Lauderdale, Fl. 33301

7. Patrick Hart
   Ft. Lauderdale Police Department
   1300 W. Broward Blvd.
   Ft. Lauderdale, Fl. 33301

8. David Wheeler
   Ft. Lauderdale Police Department
   1300 W. Broward Blvd.
   Ft. Lauderdale, Fl. 33301

9. Michael Viola
   601 Pine Dr. #210
   Pompano Beach, Fl. 33060

10. Josephine Viola
    601 Pine Dr. #210
    Pompano Beach, Fl. 33060

11. Jerome Singleton
    1513 NW 15th Ct.
    Ft. Lauderdale, Fl. 33311

12. Kim Hewins
    2616 Middle River Dr.
    Ft. Lauderdale, Fl. 33306

13. Any witnesses listed by any other party to this action.

14. All medical personal who treated or attended to Plaintiff at the Broward General Medical Center.

15. Any further witnesses revealed by continuing discovery.

## CERTIFICATE OF SERVICE

I certify that a copy hereof was mailed to Daniels & Daniels, P.A., 4300 N. University Drive, Suite B-200, Ft. Lauderdale, Fl. 33351, and to Dieter Gunther, Esquire, of Adorno & Zeder, P.A., 888 S.E. 3rd Ave., Suite 500, Ft. Lauderdale, Fl. 33335, on October 13, 2000.

> Mark Goldstein
> City Attorney, Hallandale Beach
> 400 S. Federal Highway
> Hallandale Beach, Florida 33009
> Telephone (954) 457-1325
> Facsimile (954) 457-1342
>
> Carla Cody
> Fl. Bar No. 46116