UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, et al.,

    Defendants.
_____/



## DEFENDANTS, THOMAS REED, PATRICK HART, DAVID WHEELER AND CITY OF FORT LAUDERDALE'S, RESPONSE TO PLAINTIFF'S MOTION TO RESET MEDIATION FOR JANUARY, 2000[1]

Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER and CITY OF FORT LAUDERDALE, by and through their undersigned counsel, hereby respond to Plaintiff's Motion to Reset Mediation for January, 2001, as follows:

1.    Plaintiff's Motion to Reset Mediation for January, 2000, served over certificate of service dated September 28, 2000, represents that Plaintiff is presently incarcerated at the Conte Facility, P.O. Box 407016, Fort Lauderdale, FL 33340 and that Plaintiff's expected release date is December, 2000.

2.    Plaintiff requests the Court cancel the mediation currently scheduled for October 23, 2000 and reset the mediation for January, 2001 or later.

3.    Although based on Plaintiff's aforementioned representations, Defendants, REED,

---

[1] In actuality, Plaintiff's request is to reset mediation for January, 2001.

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

HART, WHEELER and the CITY are unopposed to Plaintiff's request to reset mediation for January, 2001, as of the date of this Response, Defendants do not agree to reset mediation beyond January, 2001.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via regular U.S. Mail this __13th__ day of October, 2000, to GORDON S. DANIELS, ESQUIRE, 4300 N. University Drive, #B-200, Fort Lauderdale, FL 33351 and MARK GOLDSTEIN, ESQUIRE, City Attorneys' Office, City of Hallandale, 400 South Federal Highway, Hallandale, FL 33099.

ADORNO & ZEDER, P.A.
Attorneys for Defendants, Reed,
  Hart, Wheeler and City of
  Fort Lauderdale
888 S.E. Third Avenue, # 500
Fort Lauderdale, FL 33335-9002
Telephone:   (954) 523-5885
Facsimile:   (954) 760-9531

By: _____
DIETER K. GUNTHER
Florida Bar No.: 094456
ALAIN E. BOILEAU
Florida Bar No.: 0148598