UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

HUGH HODGE,

        Plaintiff,
vs.

CASE NO.: 00-6228-CIV-SEITZ/GARBER

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE
        Defendants.
_____/

## PLAINTIFF'S AMENDED WITNESS LIST

COMES NOW the Plaintiff, HUGH HODGE, by and through his undersigned attorneys, and files this his Amended Witness List to add additional witnesses, as follows:

1. Joe Mayadeene
   1520 N.W. 15th Place
   Fort Lauderdale, FL
   Telephone: (954) 462-4312

2. All Defendants.

3. Plaintiff, Hugh Hodge.

4. Dr. Raybin, Emergency Room Physician
   Broward General Medical Center
   1600 South Andrews Avenue
   Fort Lauderdale, FL 33316
   Telephone: (954) 355-4400

5. Emergency Room RN, Shock
   Broward General Medical Center
   1600 South Andrews Avenue
   Fort Lauderdale, FL 33316
   Telephone: (954) 355-4400

6. Dr. Lieman, Psychiatrist
   Broward County Jail - Infirmary
   555 N.E. 1st Avenue
   Fort Lauderdale, FL 33301
   (954) 831-5900

7. Treating Doctors and Nurses
   Broward County Jail - Infirmary
   555 N.E. 1st Avenue
   Fort Lauderdale, FL 33301
   (954) 831-5900

8. Jason Gunther, Public Defender
   and/or his representative
   201 S.E. 6th Street, #3872
   Fort Lauderdale, FL 33301
   (954) 831-8650

CASE NO.: 00-6228-CIV-SEITZ/GARBER
PAGE 2

9. Medical Records Custodian
Broward County Medical Center
1600 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 355-4400

10. Records Custodian
City of Fort Lauderdale
100 N. Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 761-5000

11. Police Records Custodian
City of Fort Lauderdale
1300 West Broward Boulevard
Fort Lauderdale, FL 33312
Telephone: (954) 761-5465

11. Records Custodian
City of Hallandale
400 South Federal Highway
Hallandale Beach, FL 33009
(954) 458-3251

12. Police Records Custodian
Hallandale Police Department
400 South Federal Highway
Hallandale Beach, FL 33009
(954) 457-1400

12. Any and all witnesses listed by any other party to this action.

13. Any further witneses revealed by continuing discovery.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on the 16th day of October, 2000 to Dieter K. Gunther, Esq., Adorno & Zeder, P.A, 888 S.E. Third Ave., #500, Fort Lauderdale, FL 33335-9002, Attorney for Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER, and CITY OF FORT LAUDERDALE and to Mark Goldstein, Esq., City Attorney, Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, FL 33009, Attorney for Defendant, CITY OF HALLANDALE.

DANIELS & DANIELS
Attorneys At Law, P.A.
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:   (954) 572-7100
Fax:   (954) 572-0667

By _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648