UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

### ORDER ON CORRECTED MOTION TO RESET MEDIATION FOR JANUARY, 2001 (DE-43)

**THIS MATTER** came before the Court upon the filing of Plaintiff's Corrected Motion to Reset Mediation for January, 2001, or later. The Court has reviewed Plaintiff's Motion and is otherwise fully advised. It is

**ORDERED** that the mediation scheduled for October 23, 2000 is canceled and that the parties shall jointly reschedule the mediation for a date prior to January 31, 2001

**DONE AND ORDERED** in Miami, Florida, this 18th day of October, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:

GORDON S. DANIELS, ESQ.
DEITER K. GUNTHER, ESQ.
MARK GOLDSTEIN, ESQ.

ORDER CORRECTED TO RESET MEDIATION FOR JANUARY, 2000.wpd