UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

DIVISION: MIAMI

HUGH HODGE

CASE NO. 00-6228-CIV-SEITZ/GARBER

Plaintiff,

v.

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE

Defendants.

_____/

## NOTICE OF TAKING DEPOSITION
### DUCES TECUM

TO:

| | |
|---|---|
| Dieter K. Gunther, Esq. | Mark Goldstein, Esq. |
| Adorno & Zeder, P.A. | City Attorney, Hallandale Beach |
| 888 S.E. Third Avenue, #500 | 400 South Federal Highway |
| Fort Lauderdale, FL 33335-9002 | Hallandale Beach, FL 33009 |

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of:

NAME:            Police Officer PATRICK HART

DATE AND TIME:   NOVEMBER 9, 2000 at 4:00 P.M.

PLACE:           CAPITAL REPORTING SERVICE, INC.
                 888 S. Andrews Avenue, Suite 304
                 Fort Lauderdale, FL 33316

upon oral examination before Capitol Reporting, notary public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

PLEASE BRING WITH YOU: Regarding HUGH HODGE and the arrest of 9/6/98, any and all dispatch sheets; booking reports, incident reports including crime management, K-9 and any supplemental reports; memoranda, public records regarding Hugh Hodge arising out of the 9/6/98 arrest, as well as prior and subsequent arrests; any and all photographs including aerial photographs, and diagrams.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the above named addressee on October 24th, 2000.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:   (954) 572-7100
Fax:         (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

Notice of Taking Deposition of Patrick Hart.wpd