UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HUGH HODGE,

     Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, et al.,

     Defendants.

_____/

MIAMI DIVISION
CASE NO. 00-6228-CIV-SEITZ/GARBER

### PLAINTIFF'S RULE 16 DISCLOSURE

Plaintiff, HUGH HODGE, by and through his undersigned attorney, hereby serves his Local Rule

16.1 Disclosure:

I.    **DOCUMENTS**

| NO. | DESCRIPTION OF DOCUMENTS | PAGES |
|-----|--------------------------|-------|
| 1. | One picture of Plaintiff and two pictures of Plaintiff's injuries taken by Daniels & Daniels. | 3 |
| 2. | Pictures taken by the Office of the Public Defender. | 8 |
| 3. | Income Tax Return transcripts of Plaintiff (upon receipt) **amount of pages unknown at this time. | ** |
| 4. | Employment Records (upon receipt) ** amount of pages unknown as this time. | ** |
| 5. | 09/06/98 Fort Lauderdale Police Department Dispatch Sheet, Report #98139628. | 1 |
| 6. | 09/06/98 Fort Lauderdale Police Offense Incident Report - Officer 1330. | 5 |
| 7. | 09/06/98 Fort Lauderdale Police Offense Incident Report - Officer 1328. | 5 |
| 8. | 09/06/98 Fort Lauderdale Police Department K-9 Supplement. | 2 |
| 9. | 09/11/98 Hallandale Police Department Crimes Management System Incident Report. | 4 |
| 10. | 09/14/98 Fort Lauderdale Police Department Supplemental Report | 1 |
| 11. | 09/21/98 Memo to Capt. Schneider from Sgt. David Wheeler | 2 |

CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 2

| 12. | 09/29/98 Memo to Major Bruce Roberts from Capt. Schneider | 1 |
| 13. | 11/25/98 Letter to Fort Lauderdale Police Department from Gordon S. Daniels | 2 |
| 14. | Broward County Sheriff's Office | |
| | a.    03/18/00 BSO Booking Report | 4 |
| | b.    02/25/00 BSO Booking Report | 2 |
| | c.    09/06/98 BSO Booking Report | 6 |
| | d.    09/29/98 BSO Booking Report | 4 |
| | e.    05/17/98 BSO Booking Report | 2 |
| | f..   04/21/98 BSO Booking Report | 4 |
| 15. | Public records dealing with Hugh Hodge's pleas to charges arising out of 9/6/98 arrest, as well as prior and subsequent arrests | 35 |
| 16. | Various photographs obtained from City of Fort Lauderdale Police Department, Technical Services, 02/25/99 | 10 |
| 17. | City of Fort Lauderdale GIS aerial photos | 13 |
| 18. | Law Enforcement Mutual Aid Agreement for Voluntary Cooperation and Operational Assistance | 5 |
| 19. | Statement of Michael Viola taken by Detective M. Arbit. | 2 |
| 20. | Statement of Kim Hewins taken by Detective M. Arbit. | 2 |
| 21. | Broward General Medical Center records for Hugh Hodge | 10 |

Plaintiff reserves the right to use any and all documents and exhibits designated by the Defendants, without waiving objections thereto, including any such further supplemental documents and exhibits which may be discovered by any of the parties.

II.    **WITNESSES**

NO.    NAME AND ADDRESS

1.    Hugh Hodge, Plaintiff, Arrest No. 570007382
c/o Mr. Nelson Fernandina
Conte Facility
1351 N.W. 27th Avenue
Pompano Beach, FL 33069
(954) 831-6811

CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 3

2.    Joe Mayadeene
      1520 N.W. 15th Place
      Fort Lauderdale, FL
      Telephone: (954) 462-4312

3.    Officer Timothy M. Church, Defendant
      c/o City of Hallandale, Defendant
      Hallandale Police Department
      400 S. Federal Highway
      Hallandale Beach, FL
      (954) 457-1400

4.    Officer Thomas Reed, Defendant
      c/o City of Fort Lauderdale, Defendant
      Fort Lauderdale Police Department
      1300 West Broward Boulevard
      Fort Lauderdale, FL 33301
      (954) 761-5465

5.    Officer Patrick Hart, Defendant
      c/o City of Fort Lauderdale, Defendant
      Fort Lauderdale Police Department
      1300 West Broward Boulevard
      Fort Lauderdale, FL 33301
      (954) 761-5465

6.    Officer David Wheeler, Defendant
      c/o City of Fort Lauderdale, Defendant
      Fort Lauderdale Police Department
      1300 West Broward Boulevard
      Fort Lauderdale, FL 33301
      (954) 761-5465

7.    Dr. Raybin, Emergency Room Physician
      Broward General Medical Center
      1600 South Andrews Avenue
      Fort Lauderdale, FL 33316
      (954) 355-4400

8.    Emergency Room RN, Shock
      Broward General Medical Center
      1600 South Andrews Avenue
      Fort Lauderdale, FL 33316

9.    Dr. Lieman, Psychiatrist
      Broward County Jail - Infirmary
      555 N.E. 1st Avenue
      Fort Lauderdale, FL 33301
      (954) 831-5900

10.   Treating Doctors and Nurses
      Broward County Jail - Infirmary
      555 N.E. 1st Avenue
      Fort Lauderdale, FL 33301
      (954) 931-5900

11.   Jason Gunther, Public Defender
      and/or his representative
      201 S.E. 6th Street, #3872
      Fort Lauderdale, FL 33301
      (954) 831-8650

12.   Medical Records Custodian
      Broward County Medical Center
      1600 South Andrews Avenue
      Fort Lauderdale, FL 33316
      (954) 355-4400

13.   Records Custodian
      City of Fort Lauderdale, Defendant
      100 North Andrews Avenue
      Fort Lauderdale, FL 33301
      (954) 761-5000

14.   Police Records Custodian
      City of Fort Lauderdale, Defendant
      1300 West Broward Boulevard
      Fort Lauderdale, FL 33312
      (954) 761-5465

15.   Records Custodian
      City of Hallandale, Defendant
      400 South Federal Highway
      Hallandale Beach, FL 33009
      (954) 458-3251

CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 5

16.    Police Records Custodian
Hallandale Police Department, Defendant
400 South Federal Highway
Hallandale Beach, FL 33009
(954) 457-1400

Plaintiff reserves the right to call any and all witnesses listed by the Defendants along

with any further witnesses revealed by continuing discovery by any of the parties.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished *via fak and* via U.S. Mail this 24h day of October, 2000, to ALAIN E. BOILEAU, ESQ., Adorno & Zeder, P.A., Attorneys for Defendants Reed, Hart, Wheeler and City of Fort Lauderdale, 888 S.E. Third Avenue, #500, Fort Lauderdale, FL 33335-9002; and MARK GOLDSTEIN, ESQ., City Attorneys' Office, Attorneys for Timothy M. Church and the City of Hallandale,, City of Hallandale, 400 South Federal Highway, Hallandale, FL 33009.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive
Suite B-200
Fort Lauderdale, Florida 33351
Telephone:    (954) 572-7100
Fax:    (954) 572-0667

By
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

Rule 16 Disclosure