UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HUGH HODGE,**

Plaintiff,

v.

**TIMOTHY M. CHURCH, et al.,**

Defendants.

_____/

CASE NO. 00-6228-CIV-SEITZ/GARBER



## JOINT STIPULATION FOR ENLARGEMENT OF TIME

Plaintiff, HUGH HODGE, and Defendants, TIMOTHY M. CHURCH, THOMAS REED, PATRICK HART, DAVID WHEELER, CITY OF FORT LAUDERDALE and CITY OF HALLANDALE, pursuant to Fed.R.Civ.P. 6(b) and Fed.R.Civ.P. 29, move the Court for an enlargement of time to conduct discovery and file dispositive motions, and state:

1.   The fact discovery deadline is November 10, 2000.

2.   The deadline for all dispositive pretrial motions and memoranda of law, and any motions to exclude or limit proposed expert testimony is December 15, 2000.

3.   The trial docket for this case is set for the two-week period beginning March 26, 2001.

4.   Plaintiff, HUGH HODGE, is currently incarcerated. According to the Plaintiff, he is scheduled to be released on or about December 24, 2000.

5.   Due to scheduling difficulties, there is insufficient time to take the depositions of the Plaintiff, the Defendants, and other relevant witnesses prior to the discovery deadline. All parties respectfully request that the deadline for all fact discovery be enlarged by one month, from November 10, 2000 to December 10, 2000.

6.   All parties respectfully request that the deadline for filing dispositive pretrial motions and memoranda of law, as well as any motions to exclude or limit proposed expert

testimony also be enlarged by one month, from December 15, 2000 to January 15, 2001.

Wherefore, the parties request a one month enlargement of time to conduct discovery and file dispositive pretrial motions, memoranda of law, and motions to exclude or limit proposed expert testimony.

DATED this 30th day of October, 2000.

Respectfully submitted by:

GORDON S. DANIELS, ESQ.
Daniels & Daniels Attorneys at Law, P.A.
Attorney for Plaintiff
4300 N. University Drive, #B-200
Fort Lauderdale, FL 33351
(954) 572-7100

By: _____
GORDON S. DANIELS, ESQ.
FBN: 350648

MARK GOLDSTEIN, ESQ.
City Attorney, City of Hallandale
400 South Federal Highway
Hallandale, FL 33009
(954) 457-1325

By: _____
MARK GOLDSTEIN, ESQ.
FBN: 882186

DIETER K. GUNTHER, ESQ.
Adorno & Zeder, P.A.
Attorney for Defendants Reed, Hart
 Wheeler & City of Fort Lauderdale
888 S.E. Third Avenue, #500
Fort Lauderdale, FL 33335-9002
(954) 523-5885

By: _____
DIETER K. GUNTHER, ESQ.
FBN: 094456

Joint Stipulation for Enlargement of Time for Discovery - REVISION #2.wpd