UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/

## ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE comes before the Court upon the parties Joint Stipulation for Enlargement of Time, filed November 2, 2000. It is hereby

ORDERED that the Joint Stipulation for Enlargement of Time is GRANTED.

(1) The deadline for all fact discovery shall be **December 10, 2000**.

(2) The deadline for filing dispositive pretrial motions and memoranda of law, as well as any motions to exclude or limit proposed expert testimony shall be **January 15, 2001**.

(3) The Joint Pretrial Stipulation must be filed by **April 16, 2001**.

(4) Final proposed jury instructions must be submitted by **April 24, 2001**.

(5) The Pretrial Conference shall be held on **May 7, 2001**, at **9:00 a.m.**

(6) The case is set for trial on the Court's two-week trial period commencing **May 21, 2001, at 9:00 a.m.** Calendar Call shall be held on **May 16, 2001, at 1:15 p.m.**

DONE AND ORDERED in Miami, Florida this 2nd day of November, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Gordon S. Daniels, Esq.
        Mark Goldstein, Esq.
        Dieter K. Gunther, Esq.