UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HUGH HODGE

    Plaintiff,

vs

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, et al,
    Defendant,
_____/

CASE NO:
00-6228-CIV-SEITZ/GARBER

NOTICE OF MEDIATION

Mark Goldstein, Esquire
Hallandale City Attorney
400 South Federal Highway
Hallandale Beach, FL 33009

Dieter K. Gunther, Esquire
Adorno & Zeder
888 Southeast Third Avenue
Suite 500
Fort Lauderdale, FL 33335-9002

Gordon S. Daniels, Esquire
Daniels & Daniels
4300 North University Drive
Suite B 200
Lauderhill, FL 33351

    **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Arthur B. Parkhurst, Esquire of Mediation, Inc., Bank of America Tower, 18th Floor, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394 on January 18, 2001 at 2:00 PM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **3.00 hours have been reserved.**

    "If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 2nd day of November, 2000.

MEDIATION, INC.

By _____
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
           (800) 741-7000

#59