UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

DIVISION: MIAMI

HUGH HODGE

CASE NO. 00-6228-CIV-SEITZ/GARBER

Plaintiff,

v.

TIMOTHY M. CHURCH, THOMAS REED, PATRICK HART, DAVID WHEELER, CITY OF FORT LAUDERDALE, and CITY OF HALLANDALE

Defendants.

_____/

## CROSS-NOTICE OF TAKING DEPOSITION

TO:

Dieter K. Gunther, Esq.  
Adorno & Zeder, P.A.  
888 S.E. Third Avenue, #500  
Fort Lauderdale, FL 33335-9002

Mark Goldstein, Esq.  
City Attorney, Hallandale Beach  
400 South Federal Highway  
Hallandale Beach, FL 33009

**PLEASE TAKE NOTICE** that the undersigned attorney is cross-noticing and will take the deposition of:

NAME: JOE MAYADEENE

DATE AND TIME: NOVEMBER 22, 2000 at 1:30 P.M.

PLACE: ESQUIRE DEPOSITION SERVICES  
888 S.E. 3rd Avenue, Suite #200-B  
Fort Lauderdale, FL 33316

upon oral examination before Esquire Deposition Services, notary public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the above named addressee on November 3rd, 2000.

DANIELS & DANIELS, PA  
Attorneys for Plaintiff  
4300 North University Drive, Suite B-200  
Fort Lauderdale, Florida 33351  
Telephone: (954) 572-7100  
Fax: (954) 572-0667

By: _____  
GORDON S. DANIELS, ESQ.  
Florida Bar No. 350648

Notice of Taking Deposition of Joe Mayadeene.wpd