UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, et al.,

    Defendants.
_____/

## DEFENDANTS, THOMAS REED, PATRICK HART, DAVID WHEELER AND CITY OF FORT LAUDERDALE'S, AMENDED FACT WITNESS LIST

Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER and CITY OF FORT LAUDERDALE, hereby serve their amended list of fact witnesses in accordance with the Court's Order Setting Trial Date and Pretrial Deadlines and Order of Referral to Magistrate, dated September 1, 2000:

### AMENDED FACT WITNESS LIST

| NO. | NAME AND ADDRESS |
| --- | --- |
| 1. | **Detective M. Arbit** <br> Can be contacted through Defendant, City of Fort Lauderdale |
| 2. | **Officer Timothy M. Church**, Defendant <br> Can be contacted through Defendant, City of Hallandale |
| 3. | **Thomas Ferri** <br> Fort Lauderdale Police Department <br> 1300 W. Broward Blvd. <br> Fort Lauderdale, FL 33301 |
| 4. | **Officer Patrick Hart** <br> Can be contacted through Defendant, City of Fort Lauderdale |

| | |
|---|---|
| 5. | **Kim Hewins**<br>2616 Middle River Dr.<br>Fort Lauderdale, FL<br>(954) 563-1556 |
| 6. | **Officer Thomas Reed**, Defendant<br>Can be contacted through Defendant, City of Fort Lauderdale |
| 7. | **Tim Shields**<br>Fort Lauderdale Police Department<br>1300 W. Broward Blvd.<br>Fort Lauderdale, FL 33301 |
| 8. | **Jerome Singleton**<br>1513 NW 15th Court<br>Fort Lauderdale, FL 33311<br>(954) 525-3936 |
| 9. | **Jay Smith**<br>Fort Lauderdale Police Department<br>1300 W. Broward Blvd.<br>Fort Lauderdale, FL 33301 |
| 10. | **Josephine Viola**<br>601 Pine Dr. # 210<br>Pompano Beach, FL<br>(954) 785-3338 |
| 11. | **Michael Viola**<br>601 Pine Dr. #210<br>Pompano Beach, FL<br>(954) 785-3338 |
| 12. | **Officer David Wheeler**<br>Can be contacted through Defendant, City of Fort Lauderdale |
| 13. | All persons deposed in this case |
| 14. | All rebuttal witnesses |
| 15. | All impeachment witnesses |
| 16. | All witnesses disclosed by Plaintiff and Co-Defendants |
| 17. | Defendants reserve the right to amend its list of witnesses |
| | |

ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via regular U.S. Mail this __14th__ day of November, 2000, to GORDON S. DANIELS, ESQUIRE, 4300 N. University Drive, #B-200, Fort Lauderdale, FL 33351 and MARK GOLDSTEIN, ESQUIRE, City Attorneys' Office, City of Hallandale, 400 South Federal Highway, Hallandale, FL 33099.

ADORNO & ZEDER, P.A.
Attorneys for Defendants, Reed,
    Hart, Wheeler and City of
    Fort Lauderdale
888 S.E. Third Avenue, # 500
Fort Lauderdale, FL 33335-9002
Telephone:    (954) 523-5885
Facsimile:    (954) 760-9531

By: _/s/ Alain E. Boileau_
DIETER K. GUNTHER
Florida Bar No.: 094456
ALAIN E. BOILEAU
Florida Bar No.: 0148598