UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/

### ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE comes before the Court upon Plaintiff's Motion for Enlargement of Time and/or Request for Hearing, filed January 18, 2001 [DE-65]. It is hereby,

ORDERED THAT Plaintiff's motion for enlargement is GRANTED. Plaintiff's response to Defendant City of Hallandale's motion for summary judgment is deemed filed, *nunc pro tunc*, as of the date of this Order.

DONE AND ORDERED in Miami, Florida this 19th day of January, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Gordon S. Daniels, Esq.
       Mark Goldstein, Esq.
       Dieter K. Gunther, Esq.