UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

FILED by _____ D.C.
JAN 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HUGH HODGE,

      Plaintiff,

v.

TIMOTHY CHURCH, et al.,

      Defendants.
_____/

### ORDER DENYING MOTION TO DISMISS AND GRANTING ENLARGEMENT OF TIME

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Dismiss and Motion for Enlargement of Time, filed January 25, 2001. Upon due consideration, it is hereby

ORDERED that:

(1) Plaintiff's motion to dismiss Defendants Patrick Hart, David Wheeler and City of Ft. Lauderdale's motion for summary judgment is DENIED; and

(2) Plaintiff's motion for an enlargement of time to respond to Defendants' motion for summary judgment is GRANTED. Plaintiff shall have until and including **February 12, 2001** in which to file his response.

DONE AND ORDERED in Miami, Florida this 26th day of January, 2001.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc:    Gordon S. Daniels, Esq.
        Mark Goldstein, Esq.
        Dieter K. Gunther, Esq.