UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HUGH HODGE
    Plaintiff,

vs

TIMOTHY M. CHURCH, et al.
    Defendant,      /

CASE NO: 00-6228-CIV-SEITZ/GARBER

MEDIATION REPORT

Type of Case:

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Arthur B. Parkhurst, Esquire of MEDIATION, INC., on January 29, 2001.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    The parties have reached a total IMPASSE.

Copies furnished by U.S. Mail to:

    Carla B. Cody, Esquire

    Dieter K. Gunther, Esquire

    Gordon S. Daniels, Esquire

RESPECTFULLY SUBMITTED on January 30, 2001.

JAMES B. CHAPLIN, ESQUIRE
for Arthur B. Parkhurst
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000