UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

DIVISION: MIAMI

HUGH HODGE                    CASE NO. 00-6228-CIV-SEITZ/GARBER

Plaintiff,

v.

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE

Defendants.

_____/



## NOTICE OF TAKING DEPOSITION

TO:

| Dieter K. Gunther, Esq. | Mark Goldstein, Esq. |
| Adorno & Zeder, P.A. | City Attorney, Hallandale Beach |
| 888 S.E. Third Avenue, #500 | 400 South Federal Highway |
| Fort Lauderdale, FL 33335-9002 | Hallandale Beach, FL 33009 |
| Fax No. (954) 760-9531 | (954) 457-1342 |

**PLEASE TAKE NOTICE** that the undersigned attorney is cross-noticing and will take the deposition of:

NAME:            JOE MAYADEENE

DATE AND TIME:   FEBRUARY 7, 2001 at 3:00 P.M.

PLACE:           CAPITAL REPORTING SERVICE, INC.
                 888 South Andrews Avenue, Suite 304
                 Fort Lauderdale, FL 33316
                 (954) 522-6401

upon oral examination before Capitol Reporting, notary public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the above named addressees via fax and U.S. Mail on February 1, 2001.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:    (954) 572-7100
Fax:          (954) 572-0667

By: _____
    GORDON S. DANIELS, ESQ.
    Florida Bar No. 350648

cc: Capital Reporting Service, Inc.
    via fax: (954) 522-0407

Notice of Taking 2nd Depo of Joe Mayadeene.wpd