UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ



HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/

## ORDER GRANTING SECOND ENLARGEMENT OF TIME

THIS CAUSE comes before the Court upon Plaintiff's Motion to Enlarge the Time for Fact Discovery and to Enlarge the Time to Respond to Defendants' Motion for Summary Judgment, filed February 2, 2001. This will be the last extension granted by the Court. Furthermore, the parties are asked to assist the Court by filing their discovery motions separately from other motions. It is hereby

ORDERED that Plaintiff's Motion to Enlarge Time is GRANTED.

(1) The deadline for all fact discovery shall be **February 23, 2001.**

(2) Plaintiff's response to Defendants' motions for summary judgment is due by **February 28, 2001.**

(3) The parties shall participate in a second mediation by **May 25, 2001.**

(4) The Joint Pretrial Stipulation must be filed by **May 30, 2001.**

(5) Final proposed jury instructions must be submitted by **June 6, 2001.**

(6) The Pretrial Conference shall be held on **June 12, 2001**, at 9:00 a.m.

(7) The case is set for trial on the Court's two-week trial period commencing **July 2, 2001, at 9:00 a.m.** Calendar Call shall be held on **June 27, 2001, at 1:15 p.m.**

DONE AND ORDERED in Miami, Florida this 6th day of February, 2001.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Gordon S. Daniels, Esq.
       Mark Goldstein, Esq.
       Dieter K. Gunther, Esq.

Rec'd in MIA Dkt 2-8-01