UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

DIVISION: MIAMI

HUGH HODGE

CASE NO. 00-6228-CIV-SEITZ/GARBER

Plaintiff,

v.

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE

Defendants.
_____/

## NOTICE OF TAKING DEPOSITION

TO:

Dieter K. Gunther, Esq.
Adorno & Zeder, P.A.
888 S.E. Third Avenue, #500
Fort Lauderdale, FL 33335-9002

Mark Goldstein, Esq.
City Attorney, Hallandale Beach
400 South Federal Highway
Hallandale Beach, FL 33009

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of:

NAME: Police Officer TIMOTHY SHIELDS
City of Fort Lauderdale Police Department

DATE AND TIME: FEBRUARY 23, 2001 AT 8:30 A.M

PLACE: CAPITAL REPORTING SERVICE, INC.
888 S. Andrews Avenue, Suite 304
Fort Lauderdale, FL 33316

upon oral examination before Capitol Reporting, notary public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed and mailed to the above named addressees on February 15, 2001.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone: (954) 572-7100
Fax: (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

cc: CAPITAL REPORTING SERVICE, INC.

Notice of Taking Deposition of Timothy Shields.wpd