UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

HUGH HODGE,

CASE NO.: 00-6228-CIV-SEITZ/GARBER

    Plaintiff,

vs.

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE
    Defendants.
_____/

## NOTICE OF FILING
## ORIGINAL DEPOSITION OF JOSEPH MAYADEENE
## TAKEN FEBRUARY 7, 2001

**COMES NOW** the Plaintiff, HUGH HODGE, by and through his undersigned attorney, and hereby files the following with the clerk of the Circuit Court:

**ORIGINAL DEPOSITION OF JOSEPH MAYADEENE
TAKEN FEBRUARY 7, 2001**

I HEREBY CERTIFY that a copy of the Notice of Filing Original Deposition of Joseph Mayadeene Taken February 7, 2001 were mailed on this _16th_ day of February, 2001 to the offices of Dieter K. Gunther, Esq., Adorno & Zeder, P.A, 888 Southeast Third Avenue, Suite 500, Fort Lauderdale, FL 33335-9002, Attorney for Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER, and CITY OF FORT LAUDERDALE and to Mark Goldstein, Esq., City Attorney, Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, FL 33009, Attorney for Defendant, CITY OF HALLANDALE and TIMOTHY M. CHURCH.

DANIELS & DANIELS
Attorneys At Law, P.A.
4300 N. University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone: (954) 572-7100
Fax: (954) 572-0667

BY: _____
GORDON S. DANIELS, ESQ.
F.B.N.: 350648