```
1              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2
                          CASE NO. 00-6228-CIV-SEITZ
3                         Magistrate Judge Garber

4
   HUGH HODGE,                    )
5                                 )
                Plaintiff,        )
6                                 )
         vs.                      )
7                                 )
   TIMOTHY M. CHURCH, THOMAS REED,)
8  PATRICK HART, DAVID WHEELER,   )
   CITY OF FORT LAUDERDALE, and   )
9  CITY OF HALLANDALE,            )
                                  )
10              Defendants.       )
                                  X
11  ─────────────────────────────
                          CAPITAL REPORTING SERVICE, INC.
12                        888 South Andrews Avenue,
                          Suite 304
13                        Fort Lauderdale, Florida
                          Wednesday, February 7, 2001
14                        2:10 o'clock P.M.

15  APPEARANCES:

16       DANIELS & DANIELS, P.A.,
         BY: GORDON S. DANIELS, ESQ.,
17       appearing on behalf of the Plaintiff.

18       ADORNO & ZEDER, P.A.,
         BY: DIETER K. GUNTHER, ESQ.,
19       appearing on behalf of the
         Defendant, City of Fort Lauderdale.
20
         CITY OF HALLANDALE BEACH,
21       BY: CARLA CODY, ATTORNEY-AT-LAW,
         appearing on behalf of the
22       Defendant, City of Hallandale Beach.

23                   ------------
                       DEPOSITION
24
                          OF
25                  JOSEPH MAYADEENE
```

I N D E X

WITNESS                DIRECT    CROSS    REDIRECT

JOSEPH MAYADEENE         3        43        --


E X H I B I T S

PLAINTIFFS'                        FOR IDENTIFICATION


Composite No. 1    Photos              Page 8

1           Deposition of JOSEPH MAYADEENE, a witness

2       of lawful age, taken by the Plaintiff for the

3       purpose of discovery and for use as evidence in

4       the above-entitled cause, wherein HUGH HODGE is

5       the Plaintiff and TIMOTHY M. CHURCH, THOMAS REED,

6       PATRICK HART, DAVID WHEELER, CITY OF FORT

7       LAUDERDALE, and CITY OF HALLANDALE are the

8       Defendants, pending in the United States District

9       Court, for the Southern District of Florida,

10      pursuant to notice heretofore filed, before RENEE

11      A. TODD, a Certified Registered Professional

12      Reporter and Notary Public in and for the State

13      of Florida at Large, at Capital Reporting

14      Service, 888 South Andrews Avenue, Suite 304,

15      Fort Lauderdale, Broward County, Florida, on the

16      7th day of February, 2001, commencing at 2:10

17      o'clock P.M.

18                    - - - - - - - - - - - -

19      Thereupon,

20                    JOSEPH MAYADEENE,

21      having been first duly sworn to tell the truth,

22      the whole truth, and nothing but the truth,

23      testified as follows:

24                    DIRECT EXAMINATION

25      BY MR. DANIELS:

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL (954) 522-6401

1              Q.    Mr. Mayadeene, please state your name

2        for the record.

3              A.    Joseph Mayadeene.

4              Q.    Just quick background information.

5        Where do you reside?

6              A.    1520 Northwest 15th Place, Fort

7        Lauderdale.

8              Q.    Who do you work for?

9              A.    Broward County.

10             Q.    What do you do for them?

11             A.    Plumber.

12             Q.    How long have you worked for Broward

13       County as a plumber?

14             A.    14 years.

15             Q.    1516 Northwest 15th Place, is that

16       what you said?

17             A.    1520 Northwest 15th Place.

18             Q.    And I understand that you own some

19       other homes in that area?

20             A.    Yes.

21             Q.    What are the addresses of those homes?

22             A.    1516, 1517, 1521, 1525.

23             Q.    Now, let's go to this situation that

24       happened.  Where were you when you first became

25       aware of something happening around one of your

1  homes?

2       A.   Where was I when?

3       Q.   When did you first become aware that

4  something was happening?

5            MR. GUNTHER: Do you want to give him a

6       year?

7  BY MR. DANIELS:

8       Q.   I'm trying to go quick.  Are you aware

9  that a gentleman --

10      A.   Are you talking about the incident --

11      Q.   Do you know the date of the incident?

12      A.   No, I don't remember the date.

13      Q.   I have September 6, 1998.  Do you

14  remember what time it was that you first became

15  aware of something happening?

16      A.   It was in the night.

17      Q.   How did you first become aware that

18  something was happening?

19      A.   I was watching TV and I heard the

20  police radio in the backyard adjoining to my

21  premises where I reside at.  I get up and I look

22  when I saw the flashlight was pointing and I saw

23  two officers back there.

24      Q.   Where were they, on what property?

25      A.   They were on 1516.

```
 1            Q.   Now I understand 1520 is where you

 2    reside.  Is that where you were at the time,

 3    1520?

 4            A.   Yes.

 5            Q.   Is it a two-story home?

 6            A.   Yes.

 7            Q.   What story were you in at that time?

 8            A.   The first story.

 9            Q.   So you looked out your window and you

10    saw some police officers with flashlights?

11            MR. GUNTHER: Object to the form.

12         You're leading.

13            A.   Yes.

14            Q.   What did you see?

15            A.   There were two officers in the

16    backyard at 1516.  They had their flashlights on.

17            Q.   Was there anything obscuring your view

18    of them?  Was there anything between your home

19    and 1516?

20            A.   Yes.

21            Q.   What is that?

22            A.   A mesh fence, a wire fence.

23            Q.   Was there anything preventing you from

24    seeing the officers?

25            A.   At that time?
```

7

```
 1          Q.   Yes, at that time.

 2          A.   No.  I could see them.

 3          Q.   Could you describe those two officers

 4     to me?

 5          A.   They had on a police uniform.  They

 6     were white.

 7          Q.   Did they have on regular police

 8     uniforms?

 9          A.   No, they had on a black outfit that

10     the officers wear.

11          Q.   What did you see after that?

12          A.   Well, they started pointing the light

13     around to the side gate.  Then I get up and go

14     over to the front of the living room.  I couldn't

15     see what they were doing, so I exited through the

16     front door and I went out and was standing out

17     there.  They were looking across the fence.  At

18     that time another officer came around to the

19     front of the yard with a dog.

20          Q.   Now these two police officers that you

21     saw first in the black outfits, did they have a

22     dog with them?

23          A.   No.

24          Q.   Let me show you some photographs which

25     were produced by the City of Fort Lauderdale in
```

1    response to our request for production.  There

2    are three pages, two photographs on each page.

3    Let me have you look at those.

4         A.    Okay.

5         Q.    Now you see on the first page - and

6    we'll have those marked as Composite Exhibit A -

7    it says on the second photograph on the

8    bottom one, it says, for rent.  Is that the home

9    that this incident happened at?

10        A.    Yes.

11        Q.    That's 1516?

12        A.    Yes.

13              (Whereupon, photos were marked

14              as Plaintiff's Composite Exhibit No. 1

15              for Identification.)

16   BY MR. DANIELS:

17        Q.    Was it occupied at the time?

18        A.    No.

19        Q.    Maybe you can show us on the

20   photographs.  I see there's a mesh gate.  What is

21   that gate on the first page on the top one?

22   There's a gate.

23        A.    This is the drive-in gate.  There's

24   the mailbox up by the house.  This is right here.

25        Q.    Oh, I see.  You can see that on the

1    bottom photograph.  So that's the gate that's

2    separating your house?

3         A.   No, no.  That's the entrance to the

4    road right there.

5         Q.   Oh, that's the entrance to the road?

6         A.   That's right by the road.

7         Q.   I see.  Okay, I understand.  On the

8    second page on the top photograph, is that the

9    same gate?

10        A.   Yes.  That's a walk-up gate right

11   there.

12        Q.   You walk up to the front of the house?

13        A.   A small gate, yes.  The first gate is

14   a drive-through gate and the second gate is a

15   single gate where you can just walk through.

16        Q.   Now if we're looking at this picture

17   on the second page, the top picture, where did

18   you first see the police officers?  Or if you

19   want to look at another picture to help you out.

20        A.   There's no picture of when I first saw

21   the officers.  There's no picture showing where

22   the officers were the very first time where I saw

23   the officers.  There's no picture showing that.

24        Q.   So now you said you first saw two

25   police officers in black outfits that did not

1    have a dog and then you saw another police

2    officer after that?

3            MR. GUNTHER: Object to the form.

4        You're leading.

5    BY MR. DANIELS:

6        Q.    Did you see another police officer?

7        A.    After.  I explained to you that when I

8    first saw the officers in the back, they walked

9    to the side of the house and then they came

10   around to the right of the house - came to the

11   front of the house.  After they came to the front

12   of the house, I couldn't see what they were doing

13   and I got up and I came to my front door and came

14   outside.  I couldn't see them through the front

15   gate so I came out the front of the door.  At

16   that time there was another officer that came up

17   on 15th Place.  He go through that small gate you

18   showed me there and he went onto the premises

19   where the other two officers were standing at.

20   The second picture that you showed me, the two

21   officers were standing there.

22       Q.    This over here?

23       A.    No.

24           MR. GUNTHER: Why don't we, for the

25       sake of clarity, please mark these pictures

CAPITAL REPORTING SERVICE, INC.
Fort Lauderdale, FL (954) 522-6401

```
 1              with a number each.

 2         A.   The two officers were standing back

 3    here.

 4              MR. DANIELS:  I'm going to mark that

 5         picture number two.

 6         A.   Picture number two, the officer was

 7    standing about right here.

 8         Q.   To the right of that picture.

 9         A.   Yeah.

10         Q.   When you say the officer, which

11    officer are you talking about?

12         A.   The two that came around to the right

13    of the house.

14         Q.   The two ones in the black uniforms?

15         A.   Yes.  And the other officer came with

16    the dog, he came this way and come through this

17    gate right here.  Here, on the other picture.

18         Q.   Came from the gate --

19         A.   Came over to right here where the

20    other two officers were.

21         Q.   Came through the gate as shown in

22    photograph number one.  Okay.

23         A.   Hold on.  Not through gate number one.

24    That's not the gate.  That's the drive-through

25    gate there.
```

```
1        Q.    He came through another gate?

2        A.    The gate is on the other picture.

3        Q.    He came through the gate on which

4   picture?

5        A.    Picture number four, which is turned

6   upside down.

7        Q.    I understand.  Did that police

8   officer, the one that came through the gate, did

9   that officer have any dog with him?

10       A.    Yes, he came in with the dog with him.

11       Q.    Okay.  Could you describe that police

12  officer?

13       A.    White police officer.

14       Q.    Did that police officer have a black

15  outfit on?

16       A.    Yes, he did.

17       Q.    Then what happened?

18       A.    After he went in he took the dog off

19  the leash and let the dog off the leash.  He let

20  the dog off the leash.  There was somebody

21  between the bushes and the house.  The dog went

22  in and started biting on the person or whatever.

23  The person was screaming, get him off me, get him

24  off me, get him off me.  After that, they pulled

25  him out.  They were holding the dog then, they
```

1    put the handcuffs on him and then they let the

2    dog back on him again.  They kicked him a couple

3    of times while he was just laying on the ground,

4    and that's it.  They pulled him up and pulled him

5    out on the street and that was it.  They stood

6    there for 20, 30 minutes, and that was it.

7            Q.    Okay.  Now let me go through a little

8    more with you.

9            A.    Oh.

10           Q.    I know, but this is our job though.

11   We have to, so we make sure we cover everything.

12                 The police officer with the dog, was

13   there only one police officer with the dog or

14   were there more than one police officers with the

15   dog?

16           A.    I can't tell you if it was one or ten.

17   I don't know if one police officer own the dog or

18   ten police officers own the dog.  I don't know

19   who owned the dog.

20                 MR. GUNTHER:  He didn't ask you who

21           owned the dog.

22           A.    I don't know how many officers were

23   controlling the dog.  There was more than 15

24   police officers there.

25           Q.    Did you see Mr. Hodge, the person that

1    was arrested by the police, did you see him at

2    any time?  When did you first see him?

3         A.   Well, after they pulled him out and

4    they put the cuffs on him and they were kicking

5    him, the officer pointed the gun at me and told

6    me to get back inside.  I was outside for a while

7    and then I went upstairs and started looking down

8    from the upstairs window straight down at them.

9         Q.   Okay.  Let me go back for a second.

10   You told me that the police officer let the dog

11   off the leash.

12        A.   Yes, he did.

13        Q.   Was the dog then free?

14        A.   Yes, he was free.

15        Q.   Nothing holding the dog?

16        A.   No.

17        Q.   At that time could you see Mr. Hodge

18   behind the bushes, the person that was arrested

19   by the police?

20        A.   When the dog first was on the person,

21   you couldn't see who it was, but after they

22   pulled him out some, yes, you could see the

23   person was laying there and the police officer

24   was standing over him.  The dog was there and

25   they put the handcuffs on the person.

15

```
 1              Q.    Were you able to hear the police
 2    officer at that time?
 3              A.    Yes.
 4              Q.    How far away were you from him?
 5              A.    Say about less than -- Approximately
 6    15 feet.
 7              Q.    Did you hear the police officer or any
 8    police officer say - before they let the dog on
 9    Mr. Hodge - anything to the effect of, we're
10    police officers, come out with your hands up or
11    we're going to let the dog on to you or anything
12    to that effect?
13              A.    No, they didn't say that.
14              Q.    Did they say anything?
15              A.    They didn't say anything.  As soon as
16    they came with the dog, the two officers were
17    standing there, they just took the dog off the
18    leash and let it loose.  They didn't say come
19    out, they didn't say who are you, nothing.  They
20    just took the dog off the leash and let it loose.
21              Q.    How many police officers were there at
22    that time when he let the dog off of the leash?
23              A.    There were the two that were standing
24    there.  After they let the dog loose and they
25    were there, there were several more officers that
```

1    came there.

2         Q.   But to make this clear, then there

3    were three when he let the dog loose, three

4    police officers?

5         A.   Yes.

6         Q.   Did any of those three police officers

7    say anything to the effect of, we're police

8    officers, come out or we're going to let the dog

9    on to you, did you hear that from any of those

10   three police officers?

11        A.   No, I didn't hear that.

12        Q.   Did they say anything to that effect

13   at all?

14        A.   I didn't hear that.

15        Q.   Okay.  All right.  Now, could you see

16   the dog as it grabbed on to Mr. Hodge?

17        A.   When he first grabbed him, no, I

18   couldn't, because it was up between the house and

19   the bushes and I couldn't see.  After they got

20   him out --

21        Q.   Then you could see?

22        A.   Then they put the handcuffs on him and

23   then they kicked him and they said to the dog,

24   "sic-'em, sic-em".  That's what they were saying

25   to the dog at that time.

1    Q.   I think you said you heard Mr. Hodge

2    say something while the dog was on him; am I

3    correct?

4    A.   Get him off me, get him off me, get

5    him off me.

6    Q.   Did you hear the police officers say

7    anything in response to that?

8    A.   No.

9    Q.   Now, did you see at all - and if the

10   answer is no, you can say no - I just want the

11   truth.  Did you see at all Mr. Hodge fighting

12   with the dog or doing anything with the dog at

13   that time?

14        MR. GUNTHER: Object to the form.

15   BY MR. DANIELS:

16   Q.   You can still answer the question.

17   A.   Well, in the position he was he had no

18   time to fight with the dog or anything because he

19   was in between the bushes, so I didn't see him

20   fight with the dog, no.

21   Q.   How long was the dog on Mr. Hodge

22   before you say the policemen pulled him out?

23   A.   Until they get him out between the

24   bushes there.  I wouldn't calculate any time.

25   I'm not going to -- I wasn't calculating.  Until

1    they get him out from underneath there.

2         Q.    So you're not sure about the time?

3         A.    No.

4         Q.    Did you say they pulled Mr. Hodge from

5    the bushes or did Mr. Hodge come out voluntarily

6    or what happened?

7         A.    One of the officers was holding him by

8    the foot.  He pulled him out while the dog was

9    biting him somewhere in the hip area right here.

10        The next time I think -- It was after

11   when he had the handcuffs on, the one on the arm

12   got bit or vice-versa.

13        Either the dog bit him up on the arm

14   here and someplace lower down, because when they

15   had him first when he was by the bushes, where

16   he bite him, I don't know, I can't see.  When

17   they had him down on the ground, the second

18   attack by the dog was when they already had the

19   handcuffs on him.

20        Q.    I understand.  See, I know that this

21   is frustrating to you, but I have to go through

22   it step by step.  I apologize, but I have to do

23   it.

24        So you said one police officer grabbed

25   him by the foot and pulled him out, correct?

```
 1            A.    Yes.   At that time the dog was on him.

 2            Q.    And the dog was still on him.

 3            A.    Yes.

 4            Q.    Did anyone at any time tell the dog to

 5       stop biting Mr. Hodge?  Did you hear any words to

 6       that effect at all?

 7            A.    They took the dog off him and put the

 8       handcuffs on him.

 9            Q.    So when he was pulled out on the

10       ground by his leg, at that time how many police

11       officers were present, to the best of your

12       estimate?

13            A.    At that time when they pulled him out

14       I would say four officers were there until more

15       officers arrived.  When more officers arrived,

16       the second time when the dog bit him --

17            Q.    Okay.  When --

18            MR. GUNTHER:  He wasn't through.

19       BY MR. DANIELS:

20            Q.    I apologize.

21            A.    The second time when the dog bit him,

22       when they had the handcuffs on him, he was down

23       on the ground, there were at least six officers

24       standing over him at that time.  More officers

25       keep coming and more officers keep coming and
```

1   more officers keep coming.

2        Q.   So go step by step for me a little

3   slower as to what happened after they pulled him

4   out by his leg.  By the way, do you know which

5   leg?

6        A.   No.

7        Q.   When they pulled Mr. Hodge out by the

8   leg, was Mr. Hodge resisting in any way?

9        A.   He was screaming.

10            MR. GUNTHER: Object to the form.

11       A.   He was just screaming.

12       Q.   Was he fighting with the dog?

13       A.   No.  When they pulled him out, the dog

14   was still holding him.  When they were putting

15   the handcuffs on him, they pulled the dog, the

16   dog wasn't on him at that time.

17       Q.   When he was being pulled out, do you

18   know what part of the body the dog was attached

19   to?

20       A.   No.

21       Q.   Now they pulled him out.  Where was

22   Mr. Hodge's face facing, was it facing the

23   ground?

24       A.   He was laying down facing the ground,

25   yes.

1      Q.   Who put the handcuffs on, was it the

2   police officer that was pulling him out or was it

3   another police officer?

4      A.   One of the police officers that was

5   there.

6      Q.   Did you hear them say anything to Mr.

7   Hodge at that time; in other words, put your

8   hands behind your back or anything to that

9   effect?

10      A.   No, they didn't say that.  You know

11   how the law works, they didn't say that.  They

12   put the handcuffs on him while he was down on the

13   ground and have him handcuffed.

14      Q.   While they were handcuffing --

15           MR. GUNTHER: Let me object and move to

16      strike.

17           You may have an opinion how the law

18      works.  Note my objection.

19   BY MR. DANIELS:

20      Q.   While they were putting the handcuffs

21   on Mr. Hodge, was Mr. Hodge resisting in any way?

22      A.   No, not to the best of my knowledge,

23   no.

24      Q.   Was Mr. Hodge saying anything at that

25   time?

1          A.    He was screaming.

2          Q.    Immediately after they put the

3     handcuffs on him -- And by the way, the

4     handcuffs, how were they placed on him, were they

5     in front of him or behind his back?

6          A.    Behind him.

7          Q.    After they put the handcuffs on him,

8     was the dog still attached to him at that time?

9          A.    No.

10         Q.    When was the dog taken off Mr. Hodge's

11    body?

12         A.    After they pulled him out -- He was

13    laying down, they put the handcuffs on him.

14    While he was laying there on the ground, one of

15    the officers kicked him a couple of times and

16    then they let the dog loose again.  The dog bit

17    him again.

18         Q.    So now the dog was taken off of him.

19    Was it right after the handcuffs were put on him?

20         A.    Afterwards the handcuffs were put on.

21         MR. GUNTHER: Object to the form.

22         Again you're leading.  Why don't you just

23         ask him when the dog was taken off him, if

24         he knows.  And if he doesn't know, don't

25         lead him anymore.

1    BY MR. DANIELS:

2         Q.    When was the dog taken off of him?

3         A.    Just before they put on the handcuffs.

4         Q.    Just before.

5         A.    The first time.

6         Q.    Now after they put the handcuffs on

7    him, what happened next?

8         A.    One of the officers kicked him and

9    then he let the dog loose on him again.

10        Q.    Do you know which officer it was that

11   kicked him?

12        A.    No.

13        Q.    Was it one of those four officers?

14        A.    That was there present during the very

15   first time, yes.

16        Q.    Let me clarify a little more.  You

17   originally said you first saw two officers.  Was

18   it one of those two officers that kicked him or

19   was it a different officer?

20        A.    One of the officers that came in after

21   the first officers were standing there, one of

22   the ones that came in after with the dog.

23        Q.    Is that the one that kicked him?

24        A.    One of those officers kicked him.

25        Q.    One of those?

24

1      A.    There were four officers there.  The

2  two standing there, it wasn't the two that came

3  from the right.

4      Q.    It wasn't the original two?

5      A.    The two that came from the right of

6  the house, it wasn't one of those two that kicked

7  him.

8      Q.    Fine.

9      A.    Those two are still holding the

10  flashlight.

11      Q.    How about the one you said that after

12  those two came there was another officer that

13  came with the dog.  Do you remember you said

14  that?  Was it after that?

15      A.    After the two officers that came from

16  the right, one officer came with the dog.

17      Q.    Was it that officer?

18      A.    Another officer came.

19      Q.    Another officer came?

20      A.    Yes.  And then after that, several

21  officers came.  One of the four that came in

22  there at that time, one of the four that was

23  there, the original four, several officers came

24  after that until they got him on the road.

25      Q.    Now, tell me step by step as you

25

```
 1          can -- By the way, was it only one officer that

 2          kicked him or more than one?

 3                  A.    One officer kicked him.  I saw one.

 4                  Q.    Where did that officer kick him?

 5                  A.    Sir, I saw one officer.

 6                  Q.    Do the best you can.

 7                  A.    Somewhere along here.  (Indicating.)

 8                  Q.    Along the right side?

 9                  A.    Along one of the sides.  He was laying

10          down.  He was laying face like that.  So this

11          side to this side because the dog was standing to

12          the left and they couldn't go to the right

13          because the gate was there.  He was standing to

14          the right.  Two officers were standing there and

15          two were standing to the left.

16                  Q.    And when that officer kicked Mr.

17          Hodge, was Mr. Hodge handcuffed at that time?

18                  A.    Yes.

19                  Q.    Did he resist the officer in any way?

20                  A.    Sir, he was laying down on the ground.

21                  Q.    Did he resist the officer in any way?

22                  A.    To the best of my knowledge you can't

23          resist if you're laying down.

24                  Q.    Then you said that the dog was let on

25          to Mr. Hodge.  Could you explain that in as much
```

1    detail as you can.  In other words, what actually

2    happened?  What did they specifically do that you

3    can remember?

4         A.   After the officer kicked him, he let

5    loose, he said, "sic-'em, sic-'em".  The dog was

6    still on the leash at that time.  He had him on

7    the leash.  The second time the dog go and bit

8    him.  That's when the other officer turned around

9    and pointed the gun at me and that's the time I

10   went upstairs.

11        Q.   Now, did you see them at any time when

12   they let the dog on to Mr. Hodge, did you see

13   them pull down any of the clothing of Mr. Hodge

14   at all?

15             MR. GUNTHER: Object, leading.

16   BY MR. DANIELS:

17        Q.   You can answer the question, sir.

18        A.   After they had the handcuffs on him

19   and they kicked him and the second time when the

20   dog bit on him?

21        Q.   Yes.

22        A.   That's the time the dog ripped a hole

23   in his pants, this side of his pants.  That's the

24   time the dog chewed the pants.

25        Q.   You're pointing to --

1      A.    Back of the pants.

2      Q.    The back of the backside.

3      A.    Yes.  At that time the dog ripped up

4  the pants.  That's the time the dog ripped up

5  that part of the pants.

6      Q.    Fine.  Did the police officers in any

7  way that you saw, if you saw, and if not, you can

8  say no.  I'm just trying to find the truth.  Did

9  the police officers at any time pull down

10  Mr. Hodge's pants in any way?

11     A.    I didn't see them take their hands and

12  pull down his pants at any time.  I didn't see

13  that.

14     Q.    You're saying the dog ripped down his

15  pants.  Did the pants go all the way down?  How

16  far down did they go?

17          MR. GUNTHER: Object to the form.

18     A.    When they took him down to the street

19  they might have ripped his pants down more to

20  give medication.  I don't know, sir.

21     Q.    I'm not asking you that.  I'm just

22  asking you when the dog ripped his pants down,

23  how far down did his pants go?

24     A.    That I can't tell you, sir.

25          MR. GUNTHER: Object to the form.  I

```
 1          don't think he said that the dog pulled his

 2          pants down.  He said the dog bit him.

 3              A.   The pants were torn, sir, but I don't

 4      know how much the pants were torn.  I don't know.

 5              MR. GUNTHER: I don't have a problem

 6          with what you said, it's fine.  He has a

 7          problem understanding.

 8              You said the pants were torn.  He

 9          wants you to get the dog to pull the pants

10          down.

11              MR. DANIELS:  Don't tell me what I

12          want.  Just don't tell me what I want.  I

13          don't want him to say anything that's --

14              MR. GUNTHER: Don't raise your voice

15          to me ever.  Go ahead, next question.

16      BY MR. DANIELS:

17              Q.   I'm going to ask you again, sir.

18              A.   Yes, sir.

19              Q.   Can you explain how - if you can - and

20      I'm just asking you for the truth as far as the

21      ripping of the pants, how much of the pants was

22      ripped, if you know?

23              A.   No, I don't know how much.  I know it

24      was torn.  I don't know how much.

25              Q.   Do you know how long the dog was on
```

29

```
1           Mr. Hodge for?
2                   MR. GUNTHER: Object to the form.
3           A.    No, I don't remember.   I don't know
4     how long.
5           Q.    You said the dog was on the leash at
6     that time?
7           A.    Yes.
8           Q.    Did you hear the police officer when
9     he let the dog go on to Mr. Hodge say anything at
10    that time?
11          A.    It was "sic-'em, sic-'em."  That's all
12    he was saying.
13          Q.    Sic-'em, sic-'em?
14          A.    Yes.
15                MR. GUNTHER: Object to the form again.
16          I don't know what he said, but I know what
17          you said.
18                MR. DANIELS:  If he doesn't know what
19          he said --
20    BY MR. DANIELS:
21          Q.    Could you say it again for the record.
22          A.    He was saying to the dog -- He didn't
23    say, get him, take him, he said -- In other
24    words, he was saying, "sic-'em, sic-'em,
25    sic-'em".   That's what he was saying, something
```

30

1       like that.

2              Q.    All right.

3              A.    Like, take him, take him.  That wasn't

4       what he was actually saying, take him, take him,

5       take him.

6              Q.    Mr. Hodge, was he handcuffed at that

7       time?

8              A.    Yes, sir.

9              Q.    Did he resist at all at that time?

10             A.    I couldn't see how.  I don't know.

11             Q.    Was Mr. Hodge saying anything at that

12      time when the dog was on him?

13             A.    He said, get him off me, get him off

14      me, get him off me.

15             Q.    How about when he was being kicked by

16      the police officer, did he say anything?

17             A.    Ever since he was there he was

18      screaming.  He was saying a lot of things.  He

19      was screaming.

20             Q.    When you say he was screaming, was he

21      being verbally abusive to the police officers?

22             A.    I didn't hear him screaming abusive

23      words.  He was screaming like, I didn't do it.  I

24      don't know what he was talking about.  I don't

25      know what was the incident, I don't know.  He was

1    screaming.  They were talking, they were saying

2    things.  There were a lot of officers there.

3    They were talking.  The police officers was

4    saying things to him, why do you run, why do you

5    do this, why do you do that.  He was responding

6    and he was screaming about the dog and

7    everything.  It was a lot of voices going.  It

8    wasn't just one person talking at that time.

9    Four officers were there, they were talking, and

10   then more officers were there and they were

11   talking.  At the same time the police radio was

12   going.  There was constant talking.

13        Q.   Now you said that when the dog was on

14   Mr. Hodge the second time while Mr. Hodge was

15   handcuffed, you said one of the police officers

16   pointed a gun at you?

17        A.   Yes.

18        Q.   What police officer was it?  What it

19   one of those original four or was it a different

20   officer?

21        A.   No, no, not the original four that

22   were there, not from the original four.  He came

23   in after the four were there.

24        Q.   All right.

25        A.   He was a bodybuilder type of police

```
 1       officer.

 2               Q.    Describe him.

 3               A.    Heavy-set police officer.  After that

 4       incident happened, after he pointed the gun at me

 5       and told me to go back or he's going to blow my

 6       head off or whatever  --

 7               Q.    Did he use profanity?

 8               A.    Yes, he did.  I went back inside my

 9       house.  Getting to the point, I was going to call

10       the police station to report it.  He was on my

11       property.  She said the sergeant would get back

12       with me.  I'm sitting there waiting and no one

13       had gotten back with me.  Maybe the time hasn't

14       come yet.

15               Q.    Let me ask you this.  Did that police

16       officer actually take the gun out of his holster?

17               A.    Yes.  He had it out of his holster and

18       pointed it at me.

19               Q.    Did you see any other police officers

20       over there with their guns out at all?

21               A.    No.

22               Q.    Now what did you do after he pointed

23       the gun at you?

24               A.    I went back inside.  I went upstairs.

25               Q.    You have a two-story house, correct?
```

CAPITAL REPORTING SERVICE, INC.

33

1          A.    Yes.   I was looking down directly at

2     them.

3          Q.    And what did you see?

4          A.    They were there for a while.

5          Q.    How long is a while?

6          A.    Say about 20 minutes.   Then they took

7     him out in the middle of the street, which is

8     15th Place, and they had him in the street there

9     for awhile and he was bleeding.   And then one of

10    the officers went into his car, got a bottle of

11    alcohol and a pack of the paper wrap.   He came

12    back and he poured it out and wiped up some of

13    the blood and he poured some on wherever the bite

14    was.   And then four more officers came while they

15    were there.   They was standing there talking and

16    putting him in the car and all of them were

17    standing and talking until they drove away.

18         Q.    You said they were there for awhile,

19    for 20 minutes?

20         A.    Another 20, 25 minutes before they

21    drove off.

22         Q.    So when you were upstairs looking

23    down, you say you saw them for a total of about

24    40 to 45 minutes?

25         A.    Yes.

34

1      Q.   Now, when the gun was pointed at you

2  and you were told to leave by the police

3  officers - and I guess I'm going to ask you to

4  say it because I want the record to be clear -

5  what exactly did he say to you?  And I want you

6  to use the profanity.  I know we don't like it,

7  but we have to use it.  What did the police

8  officer say when he pointed the gun at you?

9      A.   Get your fucking ass out of here

10  before I blow your mother fucking head off.

11     Q.   Now, when he said that to you, was the

12  dog still biting Mr. Hodge?

13     A.   No.

14     Q.   Had the dog been taken off Mr. Hodge

15  at that time?

16     A.   Yes.

17     Q.   Now, what were the police officers

18  doing for that first 20 minutes when you went

19  upstairs and you were looking down, what

20  specifically were they doing?

21     A.   They had him laying down on the road

22  outside there.  They were just standing there.

23  They had him in the road and they were just

24  standing there.

25     Q.   Were they doing anything?

```
1         A.    No, they weren't doing anything.  They

2    were just in the road.

3         Q.    Where was Mr. Hodge at that time?

4         A.    He was laying in the road in front of

5    the gate.  He was laying in front of the gate in

6    the middle of the road.

7         Q.    From the time you were told to move

8    with the gun to your head and you went upstairs,

9    had he been moved at all?

10             MR. GUNTHER: Object to the form.

11        A.    Yes.

12             MR. GUNTHER: If you're going to

13        restate everything in the question, I'll

14        object to the form of every question.

15   BY MR. DANIELS:

16        Q.    From the time that you left to go

17   upstairs, was Mr. Hodge moved?

18        A.    Yes, he was moved.

19        Q.    Where was he moved from?

20        A.    From where he was in the yard to out

21   in the road.

22        Q.    And approximately how many police

23   officers were present at that time?

24        A.    More than 15 police officers were

25   there at that time.
```

```
 1          Q.   Did you see anybody in charge at that

 2    time, anybody that was in charge of that?

 3               MR. GUNTHER:  Object to the form.

 4          Calls for a conclusion.

 5          A.   I don't know.  I don't know who was in

 6    charge of who.

 7          Q.   No problem, I'm just asking.

 8               So now when he was moved to where you

 9    say he was when you saw him, how was he faced,

10    Mr. Hodge, at that time, was he sitting up, was

11    he laying down, how was he?

12          A.   He was laying.

13          Q.   In the road?

14          A.   Yes.

15          Q.   Where was his face pointing, was it

16    towards the ground or was it towards the sky?

17          A.   He was laying to the side at that

18    time.

19          Q.   The side?

20          A.   On his side.  He was laying on his

21    side at that time.

22          Q.   Could you see whether or not he was

23    bleeding at that time?

24          A.   Well, there was blood in the road, a

25    lot of blood in the road.  They were there for a
```

1    long while too.

2         Q.   Do you know how he was moved, in what

3    manner he was moved from the time you first saw

4    him until he was in the road?

5         A.   Two officers helped him up and then

6    they put him in the car.

7         Q.   Let me start again.  You're talking

8    about from the road to the car.

9         A.   Yes.

10        Q.   Two officers helped him up and put him

11   into the car?

12        A.   Yes.

13        Q.   When you were at the gate and you went

14   upstairs, do you know how he was moved from that

15   place to the road, do you know?  Did you see him

16   moved?

17             (Brief pause.)

18   BY MR. DANIELS:

19        Q.   What's the matter?

20        A.   I told you precisely that I do not

21   want to really get involved into this case.

22        Q.   I understand, but we're here now.

23        A.   And I understand.  And here you're

24   putting me into a difficult position.  I got to

25   live in that city right there.  I don't know Mr.

1     Hodge, I have nothing to do with what the police

2     officers or the police department, how they do

3     their job.

4           Q.   But I'm asking you.

5           A.   But at this time --

6           Q.   But you're over here right now giving

7     a deposition.

8           A.   And at this time --

9           Q.   I appreciate it.

10          MR. GUNTHER:  Let him finish.

11          A.   At this time I understand if I hadn't

12    come down here and do what I have to do I can be

13    put in jail for it and this can happen and that

14    can happen and this will happen to me.  Now I'm

15    here and the same things that we talked about

16    before, that's the same thing that's happening

17    here today, which I'm asking you all.  I've tried

18    to do the best I can to just tell you the very

19    shortest way to solve this case.  Yes, I saw what

20    happened, but today we are standing here, we're

21    sitting here and you want to drag everything out

22    detail by detail.

23          Q.   That's my job, sir.

24          A.   I understand that, but I think you all

25    could resolve this very easily and settle it

```
1    without having me go through it.

2        Q.   Well may be --

3        A.   The first thing when I explained that

4    to you, all of us explained it, I didn't feel

5    like going through it because I didn't want it to

6    come to this, to point any finger at anyone, and

7    that's what it's ending up being today.

8             You're asking me to tell you.  And if

9    I have to tell you, I give you and you still want

10   more.  And if I have to tell everything --

11       Q.   We're almost at the end.  I'm sorry,

12   sir.  I'm just trying to get specifics.

13            All I'm asking is if you can tell me

14   how he was moved.

15       A.   They dragged him out to the road.

16   They dragged him out there.  They dragged him out

17   there.  They didn't lift him out, they dragged

18   him out to the road.

19       Q.   All right.  After he was placed into

20   the car, what happened?

21       A.   I don't know what happened after that,

22   sir.

23       Q.   Were you ever contacted at any time by

24   the police after this incident?

25       A.   The police came and talked to me and
```

1    asked me and I explained it just like I explained

2    to you.

3         Q.    Let me just ask you how long after

4    this incident did the police come and talk to

5    you?  Was it a month, two months, a week, a day?

6         A.    They came and talked to me roughly I

7    would say a month.  I wasn't keeping real track

8    of it.

9         Q.    Approximately.

10         A.    A would say a month and a half.  I

11    wasn't keeping no real track of it.

12         Q.    Fine.  What police department were

13    they?

14         A.    City of Fort Lauderdale.

15         Q.    How many police officers were there?

16         A.    Two.

17         Q.    Did they introduce themselves to you?

18         A.    When they came up?

19         Q.    Yes.  Did they say what their names

20    were?

21         A.    No.

22         Q.    Do you know who they were?  Did you

23    see their nameplate?

24         A.    If I see the officer, I knew who they

25    are?

41

```
 1          Q.    If you saw photographs of police

 2     officers, would you be able to identify the

 3     police officer that kicked Mr. Hodge?

 4          A.    The one that kicked him?

 5          Q.    Yes, sir.

 6          A.    Not 100 percent.  The one that pointed

 7     the gun at me, yes.  The first two officers that

 8     walked into the yard who was in there, yes, if I

 9     see them I can point them out.  The one who

10     kicked him I wouldn't say I could because his

11     face was turned to me.

12          Q.    How about the police officer who let

13     the dog on to Mr. Hodge while Mr. Hodge was

14     handcuffed, would you be able to identify him if

15     you saw a photograph of this police officer?

16          A.    I wouldn't say 100 percent.

17          Q.    But did you happen to see the

18     nameplates of any of these police officers

19     involved in this?

20          A.    No, no.  From where I was standing I

21     couldn't read nameplates at that time of night.

22          Q.    The two police officers that came to

23     see you about a month or a month-and-a-half after

24     this incident, was there anyone else present with

25     you when they came to see you?
```

42

1          A.    No.    I was at home sitting out in the

2    yard.    They came by and they stopped and they

3    say, hey, Joe, what's up, and what did you see.

4    And I explained the same thing.    That's it.    I

5    don't think they have anything to do with the

6    incident that took place.    They were probably

7    just asking and I explained that to you before.

8          Q.    Did you tell them what you had seen?

9          A.    Yes, basically.    Not everything that

10   we went into detail here today, but roughly.

11         Q.    Did they take any notes?

12         A.    No.

13         Q.    Did they say anything to you about

14   that?

15         A.    I wouldn't say other than briefly

16   talking.    Nothing pertaining to this matter, no.

17         Q.    Did they say they reported it to

18   somebody?

19         A.    No, they didn't say that, no, they

20   didn't.

21         Q.    Other than those two police officers,

22   did any other officer come to you and ask you

23   about what happened that day?

24         A.    No.

25         Q.    Other than the police officer that

1    pointed the gun at you, do you know whether any

2    of the other officers saw you there at the scene?

3         A.   Oh, yes.

4              MR. GUNTHER: Object, calls for a

5         conclusion.

6    BY MR. DANIELS:

7         Q.   How do you know that, sir?

8         A.   Well, I turned the light on, they

9    looked, they saw me.  I went up, I turned the

10   light on.  I know they saw me because when I was

11   upstairs, I know one of the officers pointed that

12   I was upstairs.  That's when they pulled him out

13   in the street.

14        Q.   When you say you turned the light on,

15   is that the light on outside?

16        A.   Yes, the outside light.

17             MR. DANIELS:  I'm done.

18                  CROSS EXAMINATION

19   BY MR. GUNTHER:

20        Q.   Mr. Mayadeene, my name is Gunther.  We

21   met at your last deposition, which you didn't

22   want to testify.

23             Who else did you talk to about this

24   incident besides the two police officers that

25   came to your house about a month after the

1    incident?

2         A.   If I recall, I told the person I

3    talked to, like the day -- I talked to several

4    people about it.  You mean like the guys in my

5    neighborhood and so forth and so forth.

6         Q.   How about did you talk to anybody

7    representing Mr. Hodge's interests, any private

8    investigator, anybody from the public defender's

9    office?

10        A.   Yes.  There was a gentleman who came

11   out one time and he said he was from some firm

12   and he was investigating.  And yes, I explained

13   to him about it, the police incident and

14   whatever, yes.

15        Q.   Did you explain to him fully what

16   happened?

17        A.   No.

18        Q.   Pardon me?

19        A.   No, sir.  Not in detail like we go

20   through now.

21        Q.   Did you explain to him that you

22   thought the dog was lead on to this person after

23   he was handcuffed?

24        A.   We didn't go into detail.

25        Q.   Did you tell that person that you

```
 1        didn't want to be bothered with it?

 2             A.   Yes, I did.

 3             Q.   Did you tell it to two police officers

 4        who visited you about a month after the incident

 5        that you didn't want to be bothered with it?

 6             A.   Well, I don't think the police

 7        officers that were there at that time,

 8        Mr. Gunther, were there to ask or have any

 9        inference on that case at that time.  They just

10        know the premises belonged to me and maybe they

11        just stopped.  I don't think they had any

12        interest in the case.

13             Q.   This was just a casual stop?

14             A.   Yes.

15             Q.   Do you know those two officers?

16             A.   Yes.

17             Q.   Who are they?

18             A.   No, sir, no, sir.  I won't.

19             Q.   You know their names but you won't

20        give them to me?

21             A.   I'm not saying that.

22             Q.   But you know who they are?

23             A.   Yes.

24             Q.   Would they happen to be black?

25             A.   One is black, one is white.
```

```
 1              Q.    Do they work your neighborhood or did
 2       they work in your neighborhood?
 3              A.    They work my neighborhood most of the
 4       time.  I even see them now they're in my
 5       neighborhood.
 6              Q.    Now when you called the Fort
 7       Lauderdale Police, when did you first call them
 8       after this incident?
 9              A.    The next morning.
10              Q.    Was the next morning a workday?  Did
11       you go to work that day, if you know?
12              A.    I don't recall, sir.
13              Q.    Did you call 911?
14              A.    Yes, I called 911.
15              Q.    And did 911 refer you to another
16       number?
17              A.    Yes.  They connected me to somebody
18       else, to speak to somebody else.
19              Q.    Did you speak to somebody?
20              A.    Yes, I did.
21              Q.    And who was that?
22              A.    It was a lady.
23              Q.    Did you give her a report?
24              A.    I tell her my name and she said -- I
25       said, I'm calling in regards to an incident that
```

1     took place last night and I gave her the address.

2     She said, what was the incident, and I said it

3     was something involved with an officer and I

4     would like to speak with someone.  And she said

5     she'll have a sergeant get in touch with me.

6          Q.   When did you find out that a captain

7     was supposed to get in touch with you?

8          A.   The same time when the lady spoke to

9     me the next morning.

10         Q.   Not only a sergeant, but a captain?

11         A.   She didn't say a captain, she said a

12     sergeant would get in touch with me.

13         Q.   Mr. Mayadeene, did you call the police

14     department because you were upset because you had

15     a gun pointed at you, is that why you called?

16         A.   Yes.

17         Q.   Now, did you leave them your phone

18     number?

19         A.   They didn't ask for my phone number.

20         Q.   But your address, correct?

21         A.   Yes.

22         Q.   And that's the last you heard; is that

23     correct?

24         A.   Yes.

25         Q.   Did you call back again?

48

```
 1              A.   Yes.

 2              Q.   Did you leave your phone number?

 3              A.   They didn't ask for the number, sir.

 4              Q.   Did you talk to the same lady?

 5              A.   No.  Didn't talk to a lady.

 6              Q.   A man?

 7              A.   A man.

 8              Q.   That was shortly after this incident?

 9              A.   I would say about four days.

10              Q.   Let's talk about this incident.  You

11     at that time lived on 1520 Northwest 15th Place,

12     correct?

13              A.   Yes, sir.

14              Q.   And who lived with you in that house?

15              A.   My wife.

16              Q.   Do you have any children?

17              A.   My kids.

18              Q.   Okay.  And you were watching TV that

19     evening?

20              A.   That night, yes.

21              Q.   Did you have to go to work the next

22     day?  I know I asked you that.

23              A.   I don't think it was a workday after

24     that.

25              Q.   Do you normally watch TV at four
```

1    o'clock in the morning?

2         A.   I watch TV any time I feel like,

3    Mr. Gunther.

4         Q.   I know you can watch TV right now if

5    you want to, but my question to is, do you

6    normally watch TV at four o'clock in the morning?

7         A.   If I feel like watching TV, yes.

8         Q.   No.

9         A.   I was watching TV.

10        Q.   Was anybody watching TV with you?

11        A.   No, I was watching TV by myself.

12        Q.   Now, were you downstairs or upstairs

13   watching TV?

14        A.   Downstairs.

15        Q.   The house where this incident happened

16   is at 1516 Northwest --

17        A.   Yes.

18        Q.   And that belongs to you as well,

19   correct?

20        A.   Yes.

21        Q.   And that is separated by a fence?

22        A.   Right.

23        Q.   Did you ever go across that fence to

24   the other lot to see what was going on?

25        A.   No.

1      Q.   So you were always on your property so

2  to speak; is that correct?

3      A.   Yes.

4      Q.   And when you first went to look, did

5  you turn your lights on or anything like that or

6  just go out without turning the lights on?

7      A.   When I went out where?

8      Q.   When you went out the first time.

9  Remember you said you heard noise and you went

10  out?

11     A.   No, no.  When I first hear the police

12  radio they were in the backyard of 1516 and I

13  didn't turn no light on.  I looked through the

14  window and saw the police officers with the

15  lights in there.

16     Q.   Did you go outside then?

17     A.   After that when they went around to

18  the front of the house, that's the time when I go

19  to the front of my house, turn on the lights by

20  the front of the door and was looking at them

21  over by the side there.

22     Q.   Okay.  The house at 1516 also borders

23  on 15th Place, correct?

24     A.   Yes.

25     Q.   And that house is to the east of you;

1    is that correct?

2         A.    Yes.

3         Q.    And the side of the house where the

4    bushes were, was that on the east side of the

5    house, furthest away from your house or closest

6    to your house?

7         A.    Closest to my house.

8         Q.    And that's where that "for rent" sign

9    was as well?

10        A.    "For rent" sign is at the front of the

11   house.

12        Q.    And that was closest to your house as

13   opposed to on the other corner?

14        A.    Not to the corner.  Closest to --

15        Q.    East or west?

16        A.    It's -- The number two picture.

17        Q.    Is this your house next to it?

18        A.    Yes, this is the house.

19        Q.    So it's --

20        A.    This is the bushes right here.  This

21   is the corner of the house.  The house is sitting

22   right about here.

23        Q.    Okay.  Were you able to see anybody

24   behind those bushes before the police let the dog

25   in there?

1          A.    Could I see if someone was in the

2    bushes?

3          Q.    Yes.

4          A.    No.

5          Q.    Were your windows open or closed in

6    your house, in other words, that morning?

7          A.    Open.

8          Q.    Now, you own three houses, they would

9    be on the other side of 15th Place, correct?

10         A.    Yes.

11         Q.    On the north side.

12         A.    Yes.

13         Q.    Is it also true that there were about

14   20 police officers out there towards the end of

15   this incident?

16         A.    Could be.  15, 20.

17         Q.    How many police cars?

18         A.    A lot.  They're all black.

19         Q.    Now, do you remember in your last

20   deposition when we asked you what other property

21   that you owned besides 1520 and you gave us 1516,

22   1517, 1521 and 1525; is that correct?

23         A.    Yes.

24         Q.    Now, your relationship with Fort

25   Lauderdale, I think you've told us the last time

```
 1        that you felt you were wrongfully arrested by

 2        them before?

 3              A.    Yes.

 4              Q.    And when was that?

 5              A.    Quite a while back.

 6              Q.    How far back?

 7              A.    That I don't know.

 8              Q.    Did it involve a police dog?

 9              A.    A police dog?

10              Q.    Yes.

11              A.    No.

12              Q.    What were you arrested for?

13              A.    A gun.

14              Q.    Did you get a lawyer?

15              A.    Yes.

16              Q.    What happened to the charges?

17              A.    They were dismissed.

18              Q.    Your lawyer was Mr. Zeidwig?

19              A.    Yes.

20              Q.    Is there a record of the incident?

21              A.    I would imagine so.

22              Q.    Any other incidents with the Fort

23        Lauderdale Police and yourself?

24              A.    Not that I recall.

25              Q.    How about with other members of your
```

```
 1        family?

 2               A.   Oh, yes.

 3               Q.   How many incidents and what are they

 4        about?

 5               MR. DANIELS:   Object as to relevancy.

 6               A.   Now, now, my family incidents have

 7        nothing to do with me, sir.

 8               Q.   Well, you're not going to answer it?

 9               A.   No.

10               Q.   Pardon?

11               A.   No, sir.

12               Q.   How about the incident with your

13        brother, you're not going to talk about that

14        either?

15               A.   No, I don't.

16               Q.   Why not?

17               A.   Because my brother have nothing to do

18        with this.

19               Q.   Okay.

20               A.   And if you recall me saying I didn't

21        want to get involved into this case here because

22        I didn't want all of this to come up again.  I

23        asked precisely not to be involved because I knew

24        this was going to come out again.

25                    I asked you, I asked precisely not to
```

1    be involved with the case because I know this was

2    going to come around.  And I see no point where

3    my brother's incident has to do with this

4    gentleman's case.  It should have nothing to do

5    with it.

6        Q.   You're not going to tell us about it

7    anyway, are you?

8        A.   No, I'm not.  I'm not going to discuss

9    by brother's incident with you.

10        Q.   Let's see how far we can get.

11            Let me ask you to take a look at an

12    aerial view and maybe give us a better idea of

13    where the houses are.

14            Take a look at it.  It says Northwest

15    15th Place, Northwest 15th Court.  Can you see

16    that?

17        A.   15th Place, 15th Court.

18        Q.   Do you see that?

19        A.   Yeah.

20        Q.   And on the right side if you turn it

21    to your side it says Northwest 15th Terrace?

22        A.   Yes.

23        Q.   And then a little further down is

24    Northwest 15th Avenue, okay?

25        A.   All right.

1          Q.    Now, let's go on to 15th Place.  Can

2     you show me where 1520 and 1516 are?

3          A.    1560?

4          Q.    1516.

5          A.    Well, are you saying each of these

6     little squares is a house?

7          Q.    And if you can't, just feel free.  But

8     it looks to me like this is 15th Terrace.

9          A.    This is 15th Terrace right here.  This

10     is 15th Place.

11          Q.    That's where you live?

12          A.    This right here, 1510.

13          Q.    If you want to, write it in with a

14     pen.

15          A.    If we're saying these are houses.

16          Q.    Yes.

17          A.    This would be 1510, 1516, 1520.

18          Q.    Thank you.  So 1510 would be at the

19     corner?

20          A.    Yes.

21          Q.    That's pretty easy to figure out then.

22                Now, how many people were with the guy

23     and the dog when you first entered that area next

24     to your house?

25          A.    One officer came with the dog.

1       Q.   Was there anybody else with him, with

2  that officer and the dog or did he walk in by

3  himself?

4       A.   That officer walked in by himself.

5       Q.   Where did the officer come from, 15th

6  Place?

7       A.   He come from 15th Terrace.  He come

8  from down 15th Terrace.  He come on 15th Terrace

9  and come on 15th Place.

10       Q.   So you saw him all the way down --

11       A.   No, no, no.  I'm not saying I was with

12  him down there.  He came through the gate at 15th

13  Place, through the single gate.

14       Q.   He went in through that single gate?

15       A.   Yes.

16       Q.   He didn't come over the back fence or

17  anything like that?

18       A.   Two officers came over the back fence,

19  the first two officers that were there.

20       Well, to be honest, two officers were

21  in the backyard.  I don't know if they came over

22  the back fence or what.

23       Q.   But you remember the police officer

24  with the dog walking in from 15th Place?

25       A.   Right.

```
 1              Q.   Through the single gate?

 2              A.   Right.

 3              Q.   And was that single gate closer to

 4    your house or  --

 5              A.   Further away.

 6              Q.   And at that point in time there were

 7    already the two officers that you noticed first?

 8              A.   Yes.

 9              Q.   And who else besides the officer and

10    the dog?

11              A.   Then another officer came in.

12              Q.   And where did he come from?

13              A.   He came from that direction.

14              Q.   From what direction?

15              A.   Off 15th Place.

16              Q.   And all the officers that you saw that

17    night at the beginning, not towards the end, were

18    all dressed alike in that black uniform?

19              A.   No.  There were different officers in

20    different uniforms.

21              Q.   How about in the beginning when we're

22    talking about the four officers.

23              A.   Those are the black uniforms.

24              Q.   And those are like you see in the

25    military?
```

59

1          A.   No.  They wear them mostly -- I think

2     Fort Lauderdale police officers -- The sheriff's

3     officers do wear those black uniforms sometimes.

4     Different police officers do wear those uniforms.

5     I don't know what the reason is they wear them at

6     times, but they wear them at times.

7          Q.   Are they different from other uniforms

8     you've seen in Fort Lauderdale?

9          A.   Yes.

10         Q.   What's the "normal" Fort Lauderdale

11    uniform that you see?

12         A.   Well, first of all, the brown and

13    brown, and now it's changed I think to white and

14    black.  It varies.  Different officers wear

15    different uniforms.

16         Q.   How about the night of this incident,

17    or the morning I should say, what uniforms did

18    you see?  Black ones for sure?

19         A.   Black ones and green ones.

20         Q.   Green ones?

21         A.   Yes.

22         Q.   Who were they with?

23         A.   I don't know.  The green outfit

24    uniforms, I don't know.

25         Q.   Did you ever see any brown shirts and

1    brown pants?

2         A.    I don't remember.    No, I don't

3    remember seeing that.

4         Q.    How about blue uniforms, ever see any

5    of those?

6         A.    Could be.    I don't know.    Sir, could

7    be.

8         Q.    But green and black you know for sure,

9    correct?

10        A.    Is it green?    Well, let's put it like

11   this, I recall seeing police with one of the

12   uniforms with the stripes on it, but none of the

13   officers were dressed like that, to the best of

14   my recollection.

15        Q.    No officers were dressed like what?

16        A.    Like, you know, the regular uniforms

17   that they wear in the daytime, I don't recall

18   seeing any of those kind of uniforms.

19        Q.    So you're telling me then that the 15

20   or 20 officers that showed up that night, none of

21   them wore regular Fort Lauderdale Police

22   uniforms?

23        A.    I don't recall seeing them in regular

24   Fort Lauderdale --

25        Q.    Fort Lauderdale Police uniform is

```
 1    what?

 2         A.    That's the thing I just explained to

 3    you.  First I told you I didn't know about the

 4    brown and brown.  It could be their uniforms but

 5    I don't know.  So don't hold me about the

 6    uniform.  Don't take the uniform and hold it as a

 7    regular thing that I'm saying.

 8         Q.    Are there streetlights there where

 9    this incident happened?

10         A.    Yes.

11         Q.    Is the area well lit?

12         A.    Yes.

13         Q.    Now the person that pointed the gun at

14    you and told you to get out of there, can you

15    describe him a little bit better?

16         A.    He's heavy-set, white officer.  He's a

17    bodybuilder.

18         Q.    He's a bodybuilder?

19         A.    Looked like he lifts weights.

20         Q.    Did you say you saw a scar or anything

21    like that?

22         A.    I didn't say that.

23         Q.    I didn't hear you.

24         A.    I didn't say anything about a scar.

25         Q.    Is he tall, short?
```

```
1              A.   Tall enough.

2              Q.   I don't know what tall enough is,

3      Mr. Mayadeene.   How tall was he?

4              A.   I don't know.

5              Q.   Well you know who he is, don't you?

6              A.   I said I know.

7              Q.   You probably know his name, don't you?

8              A.   No, I don't.

9              Q.   You don't?

10             A.   No.

11             Q.   Does he still work that area?

12             A.   I haven't seen him lately in that

13     area.

14             Q.   Was he wearing a black uniform too?

15             A.   Yes, he did.

16             Q.   Now, Mr. Mayadeene, I'm going to tell

17     you that Fort Lauderdale wears dark blue

18     uniforms.   You're sure it wasn't a dark blue

19     uniform?

20             A.   It could be a dark blue uniform.   I

21     told you that.   I asked you not to do that.

22             Q.   Let me ask you this, have you seen

23     people with police dogs before in your

24     neighborhood, the police officers from Fort

25     Lauderdale with their police dogs?
```

```
 1          A.    In the car or just out?

 2          Q.    Either one.

 3          A.    They might drive through with their

 4     dogs.

 5          Q.    Do they wear different uniforms than

 6     the regular police officers for the City of Fort

 7     Lauderdale?  That's what I want to know.

 8          A.    That, I can't tell you.  That, I don't

 9     know.

10          Q.    How about that night, that morning?

11          A.    That, I can't tell you.

12          Q.    Again, let me ask you this,

13     Mr. Mayadeene.  You were outside your house.  You

14     were in the yard next to where the incident took

15     place.  You were within a few feet of the

16     incident, correct?  Yes or no.

17          A.    Yes.

18          Q.    And then you went upstairs after you

19     turned the lights on and you could see in the

20     street; you could see everything.

21          A.    Yes.

22          Q.    What I want to know is whether or not

23     the officers involved in this incident wore the

24     normal uniforms that you see everyday on a Fort

25     Lauderdale police officer?
```

1        A.    Okay.  Today, right now, maybe I'm

2   describing the color to you wrongly.

3        Q.    I'll give you between dark blue and

4   black.  At night you probably couldn't tell the

5   difference.

6        A.    Okay.

7        Q.    It's difficult to see color at night.

8        A.    If you don't hold me to the color, all

9   I know is they had on uniforms.  The police were

10  in uniforms.

11       Q.    I know they weren't out there nude,

12  Mr. Mayadeene, but what type of uniforms, was it

13  the same type they wear everyday or not?

14       A.    That I don't know, sir.  That I can't

15  tell you if they wear that everyday.  I got a

16  uniform, look at me.  I don't have the same thing

17  everyday.

18       Q.    A uniform is what it means, it's

19  uniform, it's the same thing.

20       A.    Sir, see, it's a uniform, but it's

21  different.  I can show you five different sets of

22  uniforms and it's the same county uniform.

23  That's what I got to wear to work everyday.

24       Q.    Sir, you drive through Fort Lauderdale

25  everyday to go home, right, and to go to work,

1    right?

2         A.    I don't drive and look at their

3    uniforms, sir.

4         Q.    Sir, you've lived in this town for how

5    long?

6         A.    And I don't drive and look and see

7    their uniforms because I couldn't tell you that.

8    I always wear something different.

9         Q.    So you can't tell me what type of

10   uniform they wore other than it was black or dark

11   blue, correct?

12        A.    Okay.

13        Q.    Is that right?

14        A.    That's to the best of my knowledge.

15        Q.    Now, what kind of dog was it that was

16   involved in this incident?  Was it a Poodle, a

17   Labrador, a Rottweiler, a Doberman, a Shepherd?

18        A.    I can't tell you by saying it's a

19   Doberman.  It's a dog about that size.

20   (Indicating.)

21        Q.    A dog about two-and-a-half feet high,

22   three feet?

23        A.    A black dog.

24        Q.    A black dog.

25        A.    I wouldn't say black.  That's what it

```
 1      is.

 2             Q.    But you don't know what type?

 3             A.    No, I don't.

 4             Q.    You know what a German Shepherd looks

 5      like, correct?

 6             A.    Yes.

 7             Q.    You know what a Doberman looks like,

 8      right?

 9             A.    Yes.

10             Q.    You know what a Rottweiler looks like?

11      Well, if you don't, that's fine too.  Okay.

12                   Now when the officer first walked in

13      with this dog, did he have him on a leash?

14             A.    Yes.

15             Q.    Did he have him on a short leash or a

16      long leash or what type of leash?

17             A.    A leash that he held in his hand.  He

18      had the dog on a leash in his hand.

19             Q.    Did you ever hear anyone else issue a

20      warning for Mr. Hodge or whoever it was to come

21      out of there and give himself up?

22             A.    No, sir.

23             Q.    Did you ever hear an auto accident

24      happen, someone crashing their car into a fence

25      in your neighborhood while you're watching TV
```

```
 1        with your windows open?

 2             A.    No, I didn't hear that.  I didn't hear

 3        the accident.

 4             Q.    What did you hear about it the next

 5        day?

 6             A.    The next day?

 7             Q.    Yes.

 8             A.    That the guy was running.  The car

 9        that the guy was running from.

10             Q.    Who did you hear that from?

11             A.    The neighborhood, talking to the

12        neighbors.

13             Q.    Did you ever see the car?

14             A.    No.

15             Q.    Did you ever see any damage to the

16        fence there in the neighborhood?

17             A.    Yes.

18             Q.    But you didn't hear that happen that

19        night?

20             A.    That's way back.

21             Q.    How far back?

22             A.    That's a good distance from where the

23        accident happened to where I was.

24             Q.    It's the next street up, isn't it, on

25        15th Court where it happened?
```

68

1       A.    15th Court?

2       Q.    Yes.   You live on 15th Place, right?

3       A.    Uh-huh.

4       Q.    What's the next thing south of you?

5    15th Court?  Take a look at that picture again.

6    The next crossing street is 15th Court, isn't it?

7       A.    Okay.

8       Q.    Is that where you remember seeing the

9    fence?  If you know.

10       A.    No, not on 15th Court, because there's

11    a light pole -- If that's the one that they said

12    there's a light pole that was knocked down, it

13    wasn't right on the corner there.

14       Q.    Now what kind of gun was pointed at

15    you that night?  Was it a revolver, a pistol, a

16    rifle, a machine gun?

17            Well, let me first ask you, do you

18    know something about guns?  Yes or no.

19            MR. DANIELS:  Object to form.

20       A.    Not much.

21       Q.    Do you know what a pistol is?

22       A.    What's a pistol?

23       Q.    Do you know what it is?

24       A.    No.   What's a pistol?

25       Q.    A handgun?

1      A.    All handguns are handguns.

2      Q.    Do you know what a revolver is?

3      A.    No.  What's a revolver, sir?

4      Q.    And you don't know what a semi-auto

5   pistol is?

6      A.    What is it?

7      Q.    I'm asking you.  Do you know?

8      A.    I don't know.  A handgun is a handgun

9   to me.  A .22 is a handgun.

10      Q.    It wasn't a shotgun?

11      A.    It was a handgun.

12      Q.    What I'm asking you is whether or not

13   it was a revolver?

14      A.    It was a handgun.

15      Q.    That's fine.

16           Now, when you say the man was kicked,

17   can you describe the kicking motion?  In other

18   words, did the officer put his foot back and kick

19   him or did he nudge him with his foot or

20   somewhere in between?

21      A.    He was kicking with the front of his

22   foot this way.  (Indicating.)

23      Q.    Did you ever see him - him being Mr.

24   Hodge - being beaten on his back with a

25   flashlight?

```
 1              A.    No.   I said that the very first time.
 2    No, I did not see that.  I did not see that.
 3              Q.    And before coming here today, who have
 4    you talked to about your testimony today?
 5              A.    Coming here?
 6              Q.    Yes.  Did you talk to Mr. Hodge's
 7    attorney before today?
 8              A.    Other than --
 9              Q.    Other than on November 22nd when you
10    last --
11              A.    Yes, I spoke to him after that.
12              Q.    You spoke to him after that?
13              A.    Yes.
14              Q.    And where was that?
15              A.    I don't know where he was.  I was
16    home.
17              Q.    Was it on the phone?
18              A.    Yes.  He called me on the phone and I
19    asked him to reschedule this because I have to
20    get out of here because I have to get home.  I
21    told him I couldn't make it at three o'clock, so
22    to reschedule this testimony at an earlier date,
23    yes, I did.
24              Q.    Now how long have you worked for
25    Broward County, sir?
```

```
 1              A.    14 years.

 2              Q.    Other than the one time that you were

 3     arrested by Fort Lauderdale that you don't want

 4     to talk about, have you been arrested any other

 5     times by Fort Lauderdale or any other law

 6     enforcement agency in Florida?

 7                    MR. DANIELS:  Object to relevancy,

 8              object as to form.

 9              A.    As I recall, I think I've been

10     arrested twice.  Two or three times.

11              Q.    All by Fort Lauderdale?

12              A.    Yeah.

13              Q.    And what were the arrests for?

14              A.    Every time it's the gun.

15              Q.    Did you have a gun on you that night?

16              A.    Where?

17              Q.    On your person.

18              A.    When, what night?

19              Q.    That night that we're talking about.

20              A.    No.  I was in bed.

21              Q.    When you went outside.

22              A.    No, I didn't have no gun on me.  Come

23     on.  We discussed this very calmly and now you

24     want to put it into something.

25              Q.    No, I'm asking you a question.
```

72

1          A.    No, I didn't have a gun on me.

2          Q.    That's all you have to say.

3          A.    Now you want to put it in every

4    detail.

5          Q.    Let me ask you this.  It's very simple

6    to say, I didn't have a gun on me.

7          A.    No, I didn't have one.

8          Q.    That's fine.  I take it because I

9    would imagine if you had a gun on you, you

10   probably would have been arrested again.

11          Do you have a permit to carry a

12   concealed weapon?

13          A.    Yes, I do.

14          Q.    Is the permit valid?

15          A.    Yes, it is.

16          Q.    And I take it you are a U.S. citizen?

17          A.    Yes, I am.

18          Q.    Where does your brother live?

19          A.    If it's possible, could we -- I must

20   go.  My mom needs to get her treatment and I have

21   to go, sir.  Could we wrap this up pretty

22   quickly?

23          Q.    Your mom has to get what kind of

24   treatment?

25          A.    Her breathing treatment.

```
 1              Q.    You have to be somewhere?

 2              A.    I have to go home.  I have to get my

 3       mom and give her her treatment at four o'clock.

 4       That's why I asked to have this changed at two

 5       o'clock.

 6              Q.    That's true, but I have some more

 7       questions I want to ask you.  So go get your mom,

 8       but we're not through.

 9                    MR. DANIELS:  How much more do you

10            have?

11                    MR. GUNTHER: I got about ten more

12            minutes, but I don't want to play with the

13            health of his mother; do you understand

14            what I'm saying?

15                    MR. DANIELS: Do you want to make a

16            phone call?

17                    Do you think you can do it for ten

18            more minutes?  And I don't know how many

19            questions he has.

20                    Will you have any questions?

21                    MS. CODY: I doubt if I'll have any

22            questions.

23       BY MR. GUNTHER:

24              Q.    What do you want to do?

25              A.    I asked precisely to move it earlier
```

74

```
 1    because I know what I have to do and I understand

 2    what you have to do.

 3              MR. DANIELS:  Well, do you think you

 4         can wait until ten to four?

 5              THE WITNESS:  No.

 6    BY MR. GUNTHER:

 7         Q.   Go take care of your mom and we'll

 8    finish the depo whenever.

 9              And I would like for you to re-think

10    your position on answering questions about other

11    family members and their relationship with Fort

12    Lauderdale.

13         A.   Well, see, we'll have it like this

14    today:  As of now, today, this will be my last

15    time coming to talk to you, to talk about

16    anything about this case or anyone.  If you all

17    want to put me in jail for it.

18         Q.   The judge is not going to do that.

19         A.   Whatever you want to do.  If you want

20    to have the judge put me in jail, but today will

21    be my last time coming to talk about this case,

22    to go into my family business or do anything

23    because I don't see where my family business have

24    nothing to do with Mr. Hodge's case and your City

25    of Fort Lauderdale.
```

75

```
 1              My personal life shouldn't have to
 2     have nothing to do with Mr. Hodge's case.   From
 3     the very first time when this incident happened,
 4     and it happened on my property -- And when none
 5     of the police responded, I said, leave it alone,
 6     let it be.  And I came and I spoke to both
 7     attorneys and I asked them - because I know this
 8     was going to come around - I want none of my
 9     personal life and my family's personal life
10     should have to be dug up and dragged into
11     Mr. Hodge's business.
12              So after today you all can send me no
13     subpoenas unless you all have the judge arrest me
14     and put me in jail for this, I won't come back.
15         Q.   You have a very nice judge that I'm
16     sure won't do that.
17              The problem is, Mr. Mayadeene, you
18     established certain feelings by your statements
19     you made at the outset of the deposition and I
20     need to get into those.
21              MR. GUNTHER: I'd like to note for the
22         record that I am not going to be
23         responsible for the health of
24         Mr. Mayadeene's mother.
25              I don't consider this deposition
```

1    finished and we'll take it to the next

2    step.

3         Judge Seitz is a very compassionate

4    person.  She's not going to put somebody in

5    jail for taking care of his mom, and that's

6    fine with me, but I think I've given him

7    every indication to re-think his position

8    about testifying fully about his feelings

9    about Fort Lauderdale or any other police

10   department.

11        MR. DANIELS:  I understand.  His

12   concern is that he doesn't want his family

13   members involved.  He said that a number of

14   times.

15        MR. GUNTHER:  If there were truly a

16   threat from Fort Lauderdale PD I think

17   something would have happened by now.

18        (The deposition was suspended at 3:50

19   p.m.)

20

21

22

23

24

25

<u>CERTIFICATE OF OATH</u>

STATE OF FLORIDA    )

COUNTY OF BROWARD )

        I, the undersigned authority, certify that JOSEPH MAYADEENE personally appeared before me and was duly sworn.

        WITNESS my hand and official seal this 12th day of February, 2001.

Renee A. Todd
Commission # CC 913967
Expires April 8, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

RENEE A. TODD
Notary Public - State of Florida
My Commission No. CC185663
Expires:  April 8, 2004

<u>REPORTER'S DEPOSITION CERTIFICATE</u>

STATE OF FLORIDA    )
COUNTY OF BROWARD )

        I, RENEE A. TODD, Certified Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of JOSEPH MAYADEENE; that a review of the transcript was not requested at this time; and that the transcript is a true and complete record of my stenographic notes.

        I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

        Dated this 12th day of February, 2001.

RENEE A. TODD, Certified Registered Professional Reporter.