UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01 FEB 26 PM 2:08

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

## MOTION FOR ORDER RE-VALIDATING TRIAL SUBPOENAS

**COMES NOW** the Plaintiff, HUGH HODGE, by and through his undersigned attorney, and moves this Honorable Court to enter its Order Re-validating Trial Subpoenas, and as grounds therefor, states as follows:

1. This trial had previously been set on the two-week docket commencing on May 21, 2001.

2. Subpoenas for trial have already been issued for the May 21, 2001 trial docket.

3. On February 6, 2001, this Honorable Court continued this trial for the two-week trial docket beginning July 2, 2001.

WHEREFORE, Plaintiff, HUGH HODGE, respectfully requests that this Honorable Court enter its Order re-validating trial subpoenas previously issued for the two-week trial period beginning May 21, 2001, in order for those subpoenas to remain in full force and effect during the new trial docket beginning July 2, 2001.

**I HEREBY CERTIFY** that a copy of the foregoing was mailed on February 22, 2001, to the offices of: DIETER K. GUNTHER, ADORNO & ZEDER, P.A., Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, 888 Southeast 3rd Avenue, Suite 500, Fort



HODGE V. CHURCH, ET AL.
CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 2

Lauderdale, FL 33335-9002 and MARK GOLDSTEIN, ESQ., Attorney for Defendant, City of Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009.

                    DANIELS & DANIELS, PA
                    Attorneys for Plaintiff
                    4300 North University Drive, Suite B-200
                    Fort Lauderdale, Florida 33351
                    Telephone:   (954) 572-7100
                    Fax:   (954) 572-0667

                    By: _____
                        GORDON S. DANIELS, ESQ.
                        Florida Bar No. 350648

MOTION FOR ORDER VALIDATING TRIAL SUBPOENAS.wpd