UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6228-CIV-Seitz/Garber

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court on the plaintiff's two (2) Motions to Produce Photographs of designated police officers. Upon due consideration of same, it is hereby

ORDERED that each of said motions are DENIED WITHOUT PREJUDICE for failure to comply with Local Rule 7.1.A.4 of the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of February, 2001

                                            BARRY L. GARBER
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record

