UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.

_____/

## DEFENDANT CHURCH AND HALLANDALE'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF PHOTOGRAPHS

Plaintiff's Motion to Compel the Defendants to produce photographs of Hallandale Police Officer Timothy Church should be denied. Plaintiff made the request for the officer's photographs on November 21, 2000, and Defendants promptly lodged their objections thereto on November 27, 2000. A copy of Defendants' Response to Plaintiff's Second Request for Production is attached hereto. Plaintiff waited until February 23, 2001, to file a motion to compel the photographs. There was no reasonable cause for waiting three months to file Plaintiff's motion and in accordance with S.D.Fla.L.R. 26.1(H)(1), Plaintiff has waived the right to seek the photographs.

Plaintiff's motion should also be denied based on substantive grounds. Plaintiff's reliance upon Op. Att'y Gen. Fla. 90-50 is misplaced. The opinion only relates to the voluntary disclosure of exempt information, not compelled disclosure, which Plaintiff seeks in the case sub judice. Plaintiff is not entitled to access a photograph which by statute is exempt from disclosure. Miami Herald Publishing Co.

NON-COMPLIANCE OF S.D. fla. L.R. 51A

v. City of Miami, 745 F.Supp. 683 (S.D.Fla. 1990). Based on the foregoing, Plaintiff's motion should be denied.

CERTIFICATE OF SERVICE

I certify that a copy hereof was mailed to Daniels & Daniels, P.A., 4300 N. University Drive, Suite B-200, Ft. Lauderdale, FL 33351, and to Dieter Gunther, Esquire, of Adorno & Zeder, P.A., 888 S.E. 3rd Ave., Suite 500, Ft. Lauderdale, FL 33335, on February 26, 2001.

> Mark Goldstein
> City Attorney, Hallandale Beach
> 400 S. Federal Highway
> Hallandale Beach, Florida 33009
> Telephone (954) 457-1325
> Facsimile (954) 457-1342
>
> _____
> FL Bar No: 882186

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

### DEFENDANT CHURCH AND HALLANDALE'S RESPONSE
### TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

Defendants, Timothy M. Church and City of Hallandale, object to Plaintiff's Second Request for Production because Fed.R.Civ.P. 34 does not require the Defendants to take photographs for the Plaintiff. Furthermore, photographs of law enforcement personnel are confidential and exempt from disclosure. Sec. 119.07(3)(i)(1), Fla. Stat.

### CERTIFICATE OF SERVICE

I certify that a copy hereof was mailed to Daniels & Daniels, P.A., 4300 N. University Drive, Suite B-200, Fort Lauderdale, FL 33351, and to Dieter Gunther, Esquire, of Adorno & Zeder, P.A., 888 S.E. 3rd Ave., Suite 500, Fort Lauderdale, FL 33335, on November 27, 2000.

Mark Goldstein
City Attorney, Hallandale Beach
400 S. Federal Highway
Hallandale Beach, Florida 33009
Telephone (954) 457-1325
Facsimile (954) 457-1342

_____
FL Bar No: 882186

hodge.rsp