UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

HUGH HODGE,

        Plaintiff,

vs.

CASE NO.: 00-6228-CIV-SEITZ/GARBER

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE
        Defendants.

_____/

### NOTICE OF FILING ORIGINAL DEPOSITION OF PATRICK HART TO BE USED IN PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND IN PLAINTIFF'S MOTIONS TO COMPEL DEFENDANTS TO PRODUCE PHOTOGRAPHS OF POLICE OFFICERS

**COMES NOW** the Plaintiff, HUGH HODGE, by and through his undersigned attorney, and hereby files the following with the Clerk of the United States District Court, Southern District of Florida, Miami Division, to be used in Plaintiff's Response to Defendants' Motions for Summary Judgment and in Plaintiff's Motions to Compel Defendants to Produce Photographs of Police Officers:

### ORIGINAL DEPOSITION OF PATRICK HART TAKEN NOVEMBER 9, 2000

I HEREBY CERTIFY that a copy of the Notice of Filing Original Deposition of Patrick Hart were mailed this 28th day of February, 2001 to the offices of Dieter K. Gunther, Esq., Adorno & Zeder, P.A, 888 S.E. 3rd Avenue, Suite 500, Fort Lauderdale, FL 33335-9002, Attorney for Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER, and CITY OF FORT LAUDERDALE and to Mark Goldstein, Esq., City Attorney, Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, FL 33009, Attorney for Defendant, CITY OF HALLANDALE and TIMOTHY M. CHURCH.

        DANIELS & DANIELS
        Attorneys At Law, P.A.
        4300 N. University Drive, Suite B-200
        Fort Lauderdale, Florida 33351
        Telephone: (954) 572-7100
        Fax: (954) 572-0667

        BY: _____
        GORDON S. DANIELS, ESQ.
        F.B.N.: 350648

Notice of Filing Deposition of Patrick Hart