UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/



### ORDER RESETTING PRETRIAL DEADLINES AND TRIAL DATE

THIS CAUSE came before the Court on Plaintiff's Motion for Re-validating Trial Subpoenas, filed February 26, 2001 [DE-82]. It is hereby ordered that Plaintiff's motion to re-validate the Trial Subpoenas is GRANTED. The trial subpoenas issued for the two-week period beginning May 21, 2001 are hereby re-validated for the trial docket beginning **July 23, 2001**.

IT IS FURTHER ORDERED that the Pretrial and Trial Calendar Schedule shall be modified as follows:

    Calendar Call:                             July 25, 2001 at 1:15 p.m.

    Trial period:                               July 23, 2001.

All other pretrial deadlines remain unchanged.

DONE AND ORDERED in Miami, Florida, this 28th day of February, 2001.

Rec'd in MIA Dkt 3-2-01

                                             PATRICIA A. SEITZ
                                           UNITED STATES DISTRICT JUDGE

Copies to:

    Gordon Daniels, Esq.
    Mark Goldstein, Esq.
    Dieter Gunther, Esq.