UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Compel Defendants, Timothy M. Church and City of Hallandale, to Produce Photographs [DE#81] and Plaintiff's Motion to Compel Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, to Produce Photographs [DE#80], pursuant to an Order of Reference entered by the Honorable Patricia A. Seitz. The Court has reviewed the record and is duly advised in the premises therein.

By Order of February 26, 2001, this Court denied without prejudice the aforementioned Motions for failure to comply with S.D. Fla. L.R. 7.1.A.4. Said Order is hereby VACATED.

The Court further finds that the photographs requested are discoverable. Accordingly, it is hereby

ORDERED that Plaintiff's Motion to Compel Defendants, Timothy M. Church and City of Hallandale, to Produce Photographs [DE#81] and Plaintiff's Motion to Compel Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, to Produce Photographs [DE#80] are GRANTED. Defendants are to produce said photographs within fifteen (15) days of the date of this Order, at Defense counsel's office or at a reasonable location agreed upon by the parties.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of March, 2001.

                                    BARRY L. GARBER
                                    UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
U.S. District Judge Seitz
Counsel of record