UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/

### AMENDED ORDER RESETTING PRETRIAL DEADLINES AND TRIAL DATE

THIS CAUSE came before the Court *sua sponte*. The Pretrial and Trial Calendar Schedule shall be modified as follows:

| | |
|---|---|
| Calendar Call: | July 25, 2001 at 1:15 p.m. |
| Trial period: | **July 30, 2001.** |

All other pretrial deadlines remain unchanged.

DONE AND ORDERED in Miami, Florida, this ____ day of March, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:

Gordon Daniels, Esq.
Mark Goldstein, Esq.
Dieter Gunther, Esq.

