UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, et al.,

    Defendants.
_____/

## DEFENDANTS, PATRICK HART, DAVID WHEELER AND CITY OF FORT LAUDERDALE'S, UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS, PATRICK HART, DAVID WHEELER AND CITY OF FORT LAUDERDALE

Defendants, PATRICK HART, DAVID WHEELER and CITY OF FORT LAUDERDALE (hereinafter collectively "DEFENDANTS"), move pursuant to Federal Rule OF Civil Procedure 6(b) and in accordance with Local Rule 7.1, for an enlargement OF time to serve their Reply to Plaintiff's Response to Motion for Summary Judgment of Defendants, Patrick Hart, David Wheeler and City OF Fort Lauderdale, and in support thereof state:

    1.    Plaintiff served his Response to Motion for Summary Judgment over certificate of service dated February 28, 2001. Pursuant to Local Rule 7.1(C)(1)(a), DEFENDANTS' Reply to said Response is due March 9, 2001. However, due to significant time constraints, DEFENDANTS are unable to serve their Reply on or before March 9, 2001.

2.  The associate attorney assigned to this matter, Alain E. Boileau, Esquire, is currently drafting and preparing Defendants' Reply Memorandum OF Law in Support of Motion for Partial Dismissal and/or Motion for Summary Judgment, in <u>My Marilyn Yachts, L.P., et al. v. Genmar Industries, Inc., et al.</u>, Case No. 99-6458-Civ-Ferguson/Snow, due Monday, March 12, 2001. Mr. Boileau is also drafting and preparing Defendants' Response to Plaintiffs' Objections to United States Magistrate Judge Robert L. Dube Report and Recommendation Issued Pursuant to this Court's September 9, 2000 Order of Reference to Magistrate Judge to Conduct Evidentiary Hearing on Defendant, Gary Simmons' Motion to Dismiss, in <u>Slaihem v. MarMarine International, Inc.</u>, Case No. 99-7203-Civ-Moreno, due Friday, March 9, 2001. Moreover, Mr. Boileau must draft and prepare Defendants' Motion to Compel Response to Defendant's Second Request for Production Under Rule 34, in <u>McCormick v. City of Fort Lauderdale, et al.</u>, Case No. 99-7516-Civ-Ryskamp, due Monday, March 12, 2001.

3.  Consequently, DEFENDANTS are in need of and respectfully request a six (6) day enlargement of time, up through and including March 15, 2001, within which to serve their Reply to Plaintiff's Response to Motion for Summary Judgment of Defendants, Patrick Hart, David Wheeler and City of Fort Lauderdale.

4.  DEFENDANTS' counsel has conferred with Plaintiff's counsel who has authorized the undersigned to represent that Plaintiff has no opposition to the granting of this motion.

5.  This motion is filed in good faith and not for the purposes of delay.

6.  There is good cause for the granting of the requested enlargement OF time, as demonstrated by the facts recited above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy OF the foregoing has been furnished via regular U.S. Mail this _9th_ day of March, 2001, to GORDON S. DANIELS, ESQUIRE, 4300 N. University Drive, #B-200, Fort Lauderdale, FL 33351 and MARK GOLDSTEIN, ESQUIRE, City Attorneys' Office, City OF Hallandale, 400 South Federal Highway, Hallandale, FL 33099.

        ADORNO & ZEDER, P.A.
        Attorneys for Defendants, Reed,
            Hart, Wheeler and City of
            Fort Lauderdale
        888 S.E. Third Avenue, # 500
        Fort Lauderdale, FL 33335-9002
        Telephone:   (954) 523-5885
        Facsimile:    (954) 760-9531

By: _/s/ Alain E. Boileau_
    DIETER K. GUNTHER
    Florida Bar No.: 094456
    ALAIN E. BOILEAU
    Florida Bar No.: 0148598