UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

## MOTION FOR ORDER RE-VALIDATING TRIAL SUBPOENAS

**COMES NOW** the Plaintiff, HUGH HODGE, by and through his undersigned attorney, and moves this Honorable Court to enter its Order Re-validating Trial Subpoenas, and as grounds therefor, states as follows:

1. This trial had previously been rescheduled for the two-week docket beginning July 2, 2001.

2. Subpoenas for trial have already been issued for the July 2, 2001 trial docket.

3. On March 1, 2001, this Honorable Court continued this trial for the two-week trial docket beginning July 30, 2001.

WHEREFORE, Plaintiff, HUGH HODGE, respectfully requests that this Honorable Court enter its Order re-validating trial subpoenas previously issued for the two-week trial period beginning July 2, 2001, in order for those subpoenas to remain in full force and effect during the new trial docket beginning July 30, 2001.

**I HEREBY CERTIFY** that a copy of the foregoing was mailed on March 8, 2001, to the offices of: DIETER K. GUNTHER, ADORNO & ZEDER, P.A., Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, 888 Southeast 3rd Avenue, Suite 500, Fort



HODGE V. CHURCH, ET AL.
CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 2

Lauderdale, FL 33335-9002 and MARK GOLDSTEIN, ESQ., Attorney for Defendant, City of Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:   (954) 572-7100
Fax:         (954) 572-0667

By: *[signature]*
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

MOTION FOR ORDER VALIDATING TRIAL SUBPOENAS.wpd