UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, et al.,

    Defendants.
_____/



### ORDER GRANTING DEFENDANTS, PATRICK HART, DAVID WHEELER AND CITY OF FORT LAUDERDALE'S, UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS, PATRICK HART, DAVID WHEELER AND CITY OF FORT LAUDERDALE

THIS MATTER is before the Court upon Defendants, Patrick Hart, David Wheeler and City of Fort Lauderdale's, Unopposed Motion for Enlargement of Time to Serve Reply to Plaintiff's Response to Motion for Summary Judgment of Defendants, Patrick Hart, David Wheeler and City of Fort Lauderdale. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. Defendants, Patrick Hart, David Wheeler and City of Fort Lauderdale, shall have up through and including March 15, 2001, within which to serve its Reply to Plaintiff's Response to Motion for Summary



Judgment of Defendants, Patrick Hart, David Wheeler and City of Fort Lauderdale.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this 14th day of March, 2001.

                                                U.S. District Judge
                                                Patricia A. Seitz

Copies provided:

    Dieter K. Gunther, Esquire
    Gordon S. Daniels, Esquire
    Mark Goldstein, Esquire