UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER



FILED by ____ D.C.

MAR 1 5 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

## ORDER RE-VALIDATING TRIAL SUBPOENAS

**THIS CAUSE** having come on to be heard upon Plaintiff, HUGH HODGE's Motion for Order Re-validating Trial Subpoenas, and the Court, being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Order Re-validating Trial Subpoenas be and the same is hereby **GRANTED**.

2. Trial subpoenas previously issued for the two-week period beginning July 2, 2001 trial docket are hereby re-validated and are in full force and effect during the new trial docket beginning July 30, 2001.

**DONE AND ORDERED** in Miami, Florida, this 15th day of March, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Gordon S. Daniels, Esq.
       Mark Goldstein, Esq.
       Dieter K. Gunther, Esq.