**HUGH HODGE,**

Plaintiff,

v.

**TIMOTHY M. CHURCH, et al.,**

Defendants.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

### JOINT STIPULATION OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT, DAVID WHEELER, WITH PREJUDICE

COME NOW all parties, by and through their undersigned counsel, and file this their Joint Stipulation of Voluntary Dismissal only as to Defendant, DAVID WHEELER, with prejudice, in accordance with Federal Rules of Civil Procedure Rule 41 (a)(1)(ii).

DATED this 9th day of March, 2001.

DANIELS & DANIELS
Attorneys for Plaintiff
4300 North University Drive, #B-200
Fort Lauderdale, FL 33351

By: _____
GORDON S. DANIELS, ESQ.
FBN 350648

ADORNO & ZEDER, P.A.
Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale
888 Southeast 3rd Avenue, Suite #500
Fort Lauderdale, FL 33335-9002

By: _____
DIETER K. GUNTHER, ESQ.
FBN 0148598

MARK GOLDSTEIN, ESQ.
Attorneys for Timothy M. Church and City of Hallandale Beach
400 S. Federal Highway
Hallandale Beach, Florida 33009

By: _____
MARK GOLDSTEIN, ESQ.
FBN 882186

JOINT STIP FOR DISMISSAL-WHEELER- WITH PREJUDICE.wpd