UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HUGH HODGE,**

Plaintiff,

v.

**TIMOTHY M. CHURCH, et al.,**

Defendants.
_____/

CASE NO. 00-6228-CIV-SEITZ/GARBER

FILED by _____ D.C.

MAR 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER DISMISSING ONLY DEFENDANT, DAVID WHEELER, WITH PREJUDICE

THIS CAUSE came before this Honorable Court upon the Joint Stipulation of Voluntary Dismissal Only as to Defendant, DAVID WHEELER, With Prejudice, signed by all parties to this action, it is hereby

ORDERED that only the Defendant, DAVID WHEELER, be dismissed, with prejudice, from this action.

DONE AND ORDERED in Miami, Florida this 16th day of March, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Gordon S. Daniels, Esq.
      Mark Goldstein, Esq.
      Dieter K. Gunther, Esq.

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

**UNITED STATES DISTRICT COURT**
301 NORTH MIAMI AVENUE
FIFTH FLOOR
MIAMI, FLORIDA 33128-7788

PATRICIA A. SEITZ
DISTRICT JUDGE

(305) 523-5530

March 15, 2001

## NOTICE TO ATTORNEYS AND LITIGANTS

On Monday, March 19, 2001, this division of Court shall fully implement and commence utilization of the FAXBACK program. This program will permit the Clerk of Court to transmit via telefax copies of all orders, judgments and notices of scheduled court hearings to all parties listed on the Court docket who have provided their fax number to the Clerk.

If you have a fax machine but have not been receiving copies of the documents referred to above via facsimile, please complete the attached authorization and fax or mail it to the Clerk of Court.

If you do not have a fax machine, copies of the Court orders will be sent to you by regular U.S. mail.

For the FAXBACK system to become fully implemented, all original proposed orders (submitted with motions) must include a current Service List containing the following information:

        Name of Attorney (or Pro Se Litigant)
        Name of Firm (if applicable)
        Mailing Address
        Phone Number
        Fax Number
        Counsel for ___(identify party)___

The FAXBACK program will, in addition to the other obvious advantages, effectuate a substantial saving to counsel in that it eliminates the need to furnish addressed, postage-paid envelopes with every motion, as has been required in the past under Local Rules.

If you need more information, please call (305) 523-5212. The Court appreciates your cooperation in the implementation of this new service to the Bar.

## A FAX in Time



Save time by receiving orders and judgments via fax. Here is how it works:

- Attorneys who participate in this program authorize the Clerk of Court to fax:
  - copies of orders
  - judgments
  - notices entered in civil cases
  - notices entered in criminal cases
- Faxes are sent directly to the firm's fax number in lieu of mailing a copy of the order.
- The Clerk's Office maintains a report confirming receipt by parties of the electronic notice.
- If the Clerk is unable to confirm receipt of the electronic notice, a notice by mail will be effected the following business day.

## Sign-Up Today

To sign-up:

1. Complete the attached response form.
2. Stamp and mail the form back to us.

--- OR ---

Fax the form to the Clerk's Office at:
(305) 523-5289

For more information, call:
(305) 523-5212

**Please Note:** The Court needs to be promptly notified in writing of any address, firm, phone or fax number change in each of your active cases.

---

**Authorization to Send Orders and Judgments by Facsimile Transmission**

I authorize the Clerk of Court for the Southern District of Florida to transmit notification of entries of judgments, orders, and notices of hearings by facsimile transmission in any case in which this capability exists and I appear as attorney of record. I understand that this electronic transmission will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission:

Fax Phone # _____   Firm Name _____

Phone # _____   Attorney Name _____

State Bar # _____   Street Address _____

Signature _____   City, State, Zip _____

List of my active Cases: _____