UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.

_____/



### PLAINTIFF'S, HUGH HODGE, RESPONSE TO DEFENDANT'S JOINT OBJECTION TO OMNIBUS ORDER

Comes now the Plaintiff, by and through his undersigned attorney, and responds to Defendants' Joint Objection To Omnibus Order as follows:

1. The Defendants' argument is that the Plaintiff will state, upon viewing the police photographs, that these are the police officers who were involved in beating him and setting the dog upon him. It is the Defendants' contention that Mr. Hodge will do this "for the purposes of trial and in hopes of defeating summary judgment".

2. First, it should be noted that normally the Plaintiff would be allowed to be present during the depositions of witnesses and parties. Therefore, Mr. Hodge would have been able to see these individuals anyway. However, in this particular case, Mr. Hodge was incarcerated on an unrelated charge and was unable to be present at the depositions.

3. Additionally the civilian witness, Joseph Mayadeene, would have no reason to care what police officers, if any, were involved in this matter.

4. The Defendants suggest that a more appropriate and less prejudicial method would be for Plaintiff (and I assume the witness) to inspect a series of photographs which include

CASE NO. 00-6228-CIV-SEITZ/GARBER
PAGE 2

the defendants (and I assume Officers Timothy Shields and Jay Smith) but also include other officers. The Plaintiff does not have any objection to this method.

5. Finally the Plaintiff decided to dismiss David Wheeler on his own after reviewing all the facts. The Plaintiff did not want to have photographs of David Wheeler produced if it was not necessary.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been both faxed and mailed to Mark Goldstein, Esq. City Attorney's Office, City of Hallandale, 400 South Federal Highway, Hallandale, Florida 33099 (Fax #954-457-1342) and Dieter K. Gunther, Esq., Adorno & Zeder P.A. 888 S.E. Third Avenue, #500, Fort Lauderdale, Florida 33335-9005 (Fax #954-760-9531) on this 21st day of March 2001.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:  (954) 572-7100
Fax:  (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

RESPONSE TO DEFENDANTS JOINT OBJECTION TO OMNIBUS ORDER.wpd