UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01 MAR 30 PM 2: 12

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

### PLAINTIFF'S MOTION FOR LEAVE FOR ENLARGEMENT OF TIME

COMES NOW the Plaintiff, HUGH HODGE, by and through his undersigned attorneys, and moves for an enlargement of time to respond to the items delineated below; and, as grounds therefor, advises this Honorable Court that Plaintiff's attorney, Gordon S. Daniels, Esq., is presently on vacation and will return to the office on April 2, 2001:

1.    Defendant CHURCH and CITY OF HALLANDALE's Objection to Plaintiff's Third Request for Production dated March 26, 2001.

2.    Defendant, CITY OF FORT LAUDERDALE's Non-Verified Answers and Objections to Plaintiff's Second Set of Interrogatories to Defendant, CITY OF FORT LAUDERDALE, dated March 23, 2001.

3.    Defendant's, PATRICK HART, Response to Plaintiff's Third Request for Production to Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER and CITY OF FORT LAUDERDALE dated March 23, 2001.

4.    Defendants', CITY OF FORT LAUDERDALE and THOMAS REED, Response to Plaintiff's Third Request for Production to Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER and CITY OF FORT LAUDERDALE dated March 23, 2001.



**WHEREFORE,** the Plaintiff, HUGH HODGE, respectfully requests that this Honorable Court

HODGE V. CHURCH, ET AL.
CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 2

grant Plaintiff's Motion for Leave for Enlargement of Time in order to give Plaintiff's attorney time to review and respond to the documents delineated above.

**I HEREBY CERTIFY** that a copy of the foregoing was faxed and mailed on March 28, 2001, to the offices of: DIETER K. GUNTHER, ADORNO & ZEDER, P.A., Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, FL 33335-9002 and MARK GOLDSTEIN, ESQ., Attorney for Defendant, City of Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:   (954) 572-7100
Fax:   (954) 572-0667

By: _____
LISA L. DANIELS, ESQ.
Florida Bar No. 400335

LEAVE FOR ENLARGEMENT OF TIME,032801.wpd