UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/



## PLAINTIFF'S MOTION FOR LEAVE FOR ENLARGEMENT OF TIME

COMES NOW the Plaintiff, HUGH HODGE, by and through his undersigned attorneys, and moves for an enlargement of time to respond to the items delineated below; and, as grounds therefor, advises this Honorable Court that Plaintiff's attorney, Gordon S. Daniels, Esq., is presently on vacation and will return to the office on April 2, 2001:

1.    Defendant CHURCH and CITY OF HALLANDALE's Objection to Plaintiff's Third Request for Production dated March 26, 2001.

2.    Defendant, CITY OF FORT LAUDERDALE's Non-Verified Answers and Objections to Plaintiff's Second Set of Interrogatories to Defendant, CITY OF FORT LAUDERDALE, dated March 23, 2001.

3.    Defendant's, PATRICK HART, Response to Plaintiff's Third Request for Production to Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER and CITY OF FORT LAUDERDALE dated March 23, 2001.

4.    Defendants', CITY OF FORT LAUDERDALE and THOMAS REED, Response to Plaintiff's Third Request for Production to Defendants, THOMAS REED, PATRICK HART, DAVID WHEELER and CITY OF FORT LAUDERDALE dated March 23, 2001.



5.    In accordance with Rule 26.1H of the Florida Rules of Court - Federal, Plaintiff has

HODGE V. CHURCH, ET AL.
CASE NO. 00-6228-CIV-SEITZ/GARBER
Page 2

thirty (30) days from the date of the Responses and Objections of Defendants as enumerated above as Paragraphs 1, 2, 3 and 4 in which to file a Motion to Compel.

6. Plaintiff's counsel has conferred with Defendants' counsel who has authorized the undersigned to represent that Defendants have no opposition to the granting of this motion.

**WHEREFORE,** the Plaintiff, HUGH HODGE, respectfully requests that this Honorable Court grant Plaintiff's Motion for Leave for Enlargement of Time in order to give Plaintiff's attorney time to review and respond to the documents delineated above.

**I HEREBY CERTIFY** that a copy of the foregoing was faxed and mailed on April 9th, 2001, to the offices of: DIETER K. GUNTHER, ADORNO & ZEDER, P.A., Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, (facsimile # 954-760-9531) 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, FL 33335-9002 and MARK GOLDSTEIN, ESQ., Attorney for Defendant, City of Hallandale Beach, (facsimile # 954-400 S. Federal Highway, Hallandale Beach, Florida 33009.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:   (954) 572-7100
Fax:   (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

LEAVE FOR ENLARGEMENT OF TIME,032801.wpd