UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

      Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

      Defendants.

_____/

### PLAINTIFF'S MOTION TO COMPEL DEFENDANTS, CITY OF FORT LAUDERDALE AND THOMAS REED, TO RESPOND TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION

    Plaintiff, HUGH HODGE, files this its Motion to Compel the Defendants, CITY OF FORT LAUDERDALE (hereinafter "FTLAUD") and THOMAS REED (hereinafter "REED"), to respond to Plaintiff's Third Request for Production dated February 16, 2001. On March 23, 2001, FTLAUD and REED filed their Response and objected to Responses #6, #7, #8, and #9 of Plaintiff's Third Request for Production. Plaintiff, in accordance with Civ. R. 34, has filed this Motion to Compel answers to Responses #7 and #8, and lists these two Requests for Production. Defendants' Objections to each Request, Plaintiff's supporting arguments for its Motion to Compel and its Certificate of Counsel, as follows:

#### PLAINTIFF'S REQUEST NO. 7

    "7.    Photographs of the Defendant, Officer Thomas Reed, that currently are in the custody, control and/or possession of Thomas Reed, individually, or the Fort Lauderdale Police Department."

    Defendants objected to Request No. 7, as stated in Defendants'(FTLAUD and REED) Response to Plaintiff's Third Request for Production to Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale dated March 23, 2001, as follows:

    "7.    Defendants object on the grounds that this request is overbroad, unduly burdensome and beyond the scope of permissible discovery. Specifically, Federal Rule of Civil Procedure 34 does not require a party upon which production is requested to create photographs

CASE NO. 00-6228-CIV-SEITZ/GARBER
PAGE 2

for the convenience of Plaintiff or produce photographs, as requested, which are not in existence. Furthermore, pursuant to Florida Statute 119.07(3)(I)(1), photographs of law enforcement personnel are confidential and exempt from disclosure."

Please see our previous Motion to Compel filed under certificate of mailing dated February 23, 2001.

Furthermore, the Request asks for photographs of REED that are in REED's custody, control and/or possession to which Defendant REED replies in his objection: "Specifically, Federal Rule of Civil Procedure 34 does not require a party upon which production is requested to create photographs for the convenience of Plaintiff or produce photographs, as requested, which are not in existence." We are not asking that the Defendant REED create photographs but that he produce any in his possession or control.

**PLAINTIFF'S REQUEST NO. 8**

"8.    Photographs of the Defendant, Officer Patrick Hart, that currently are in the custody, control and/or possession of Patrick Hart, individually, or the Fort Lauderdale Police Department."

Defendants objected to Request No. 8, as stated in Defendant's (FTLAUD and REED) Response to Plaintiff's Third Request for Production to Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale dated March 23, 2001, as follows:

"8.    Defendants object on the grounds that this request is overbroad, unduly burdensome and beyond the scope of permissible discovery. Specifically, Federal Rule of Civil Procedure 34 does not require a party upon which production is requested to create photographs for the convenience of Plaintiff or produce photographs, as requested, which are not in existence. Furthermore, pursuant to Florida Statute 119.07(3)(I)(1), photographs of law enforcement personnel are confidential and exempt from disclosure."

Please see our previous Motion to Compel filed under certificate of mailing dated February 23, 2001.

Plaintiff respectfully requests that this Honorable Court grant its Motion to Compel against Defendants, FTLAUD and REED.

CASE NO. 00-6228-CIV-SEITZ/GARBER
PAGE 3

## CERTIFICATE OF COUNSEL

Counsel has conferred in a good faith effort to resolve the issues raised in the discovery motion and has been unable to do so.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to MARK GOLDSTEIN, ESQ., City Attorney, Hallandale Beach, 400, South Federal Highway, Hallandale Beach, Florida 33009 and to DIETER K. GUNTHER, ESQ., Adorno & Zeder, P.A., 888 S.E. 3rd Avenue, Suite 500, Fort Lauderdale, FL 33335 on April 12th, 2001.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:   (954) 572-7100
Fax:    (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

MTN COMPEL- REED'S OBJ TO 3RD RFP.wpd