UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION  01 APR 17 PM 3: 15

HUGH HODGE,

        Plaintiff,

vs.

CASE NO.: 00-6228-CIV-SEITZ/GARBER

TIMOTHY M. CHURCH, THOMAS REED,
PATRICK HART, DAVID WHEELER, CITY
OF FORT LAUDERDALE, and CITY OF
HALLANDALE

        Defendants.

_____/

## PLAINTIFF'S AMENDED WITNESS LIST

COMES NOW the Plaintiff, HUGH HODGE, by and through his undersigned attorneys, and files this his Amended Witness List as follows:

1. Joe Mayadeene
   1520 N.W. 15th Place
   Fort Lauderdale, FL
   Telephone: (954) 462-4312

2. All Defendants.

3. Plaintiff, Hugh Hodge.

4. Dr. Raybin, Emergency Room Physician
   Broward General Medical Center
   1600 South Andrews Avenue
   Fort Lauderdale, FL 33316
   Telephone: (954) 355-4400

5. Emergency Room RN, Shock
   Broward General Medical Center
   1600 South Andrews Avenue
   Fort Lauderdale, FL 33316
   Telephone: (954) 355-4400

6. Dr. Mel Lemia, Psychiatrist
   Broward County Jail - Infirmary
   555 N.E. 1st Avenue
   Fort Lauderdale, FL 33301
   (954) 831-5900

7. Treating Doctors and Nurses
   Broward County Jail - Infirmary
   555 N.E. 1st Avenue
   Fort Lauderdale, FL 33301
   (954) 831-5900

8. Jason Gunther, Public Defender
   and/or his representative
   201 S.E. 6th Street, #3872
   Fort Lauderdale, FL 33301
   (954) 831-8650



CASE NO.: 00-6228-CIV-SEITZ/GARBER
PAGE 2

9. Medical Records Custodian
   Broward County Medical Center
   1600 South Andrews Avenue
   Fort Lauderdale, FL 33316
   (954) 355-4400

10. Records Custodian
    City of Fort Lauderdale, Defendant
    100 North Andrews Avenue
    Fort Lauderdale, FL 33301
    (954) 761-5000

11. Police Records Custodian
    City of Fort Lauderdale, Defendant
    100 North Andrews Avenue
    Fort Lauderdale, FL 33301
    (954) 761-5465

12. Records Custodian
    City of Hallandale, Defendant
    400 South Federal Highway
    Hallandale Beach, FL 33009
    (954) 458-3251

13. Police Records Custodian
    Hallandale Police Department, Defendant
    400 South Federal Highway
    Hallandale Beach, FL 33009

14. Dr. Harry W. Graff
    Dupont Plaza Center, #715
    300 Biscayne Boulevard Way
    Miami, FL 33131
    (954) 374-0954

15. Police Officer Jay Smith
    City of Fort Lauderdale Police Department
    1300 West Broward Boulevard
    Fort Lauderdale, FL 33312
    (954) 828-5700

16. Police Officer Timothy Shields
    City of Fort Lauderdale Police Department
    1300 West Broward Boulevard
    Fort Lauderdale, FL 33312

17. Kenneth Kelley, Lead Instructor, K-9 Unit
    City of Fort Lauderdale Police Department
    1300 West Broward Boulevard
    Fort Lauderdale, FL 33312

CASE NO.: 00-6228-CIV-SEITZ/GARBER
PAGE 2

18. Phil Seguin, Lead Instructor, K-9 Unit
City of Fort Lauderdale Police Department
1300 West Broward Boulevard
Fort Lauderdale, FL 33312

19. All witnesses listed by Defendants.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on the 12th day of April, 2001, to Dieter K. Gunther, Esq., Adorno & Zeder, P.A, 888 S.E. Third Ave., #500, Fort Lauderdale, FL 33335-9002, Attorney for Defendants, THOMAS REED, PATRICK HART, and CITY OF FORT LAUDERDALE and to Mark Goldstein, Esq., City Attorney, Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, FL 33009, Attorney for Defendant, CITY OF HALLANDALE and TIMOTHY M. CHURCH.

DANIELS & DANIELS
Attorneys At Law, P.A.
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone:  (954) 572-7100
Fax:        (954) 572-0667

By /s/ Gordon S. Daniels
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648

Plaintiff's Witness List-AMENDED.031601.wpd