UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6228-CIV-Seitz/Garber

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, *et al.*,

    Defendants.
_____/



### ORDER

THIS CAUSE is before the Court on the plaintiff's Motion to Compel Response to Third Request for Production and defendants Church and Hallandale's response in opposition. Upon due consideration of said motion and response and it appearing to the Court that no prejudice would result from granting said motion in view of the fact that the trial is not scheduled to commence until July, 2001, it is therefore

ORDERED that said motion is GRANTED and defendants shall furnish the requested documents on or before May 2nd, 2001.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of April, 2001

                                        BARRY L. GARBER
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record