UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER



HUGH HODGE,

    Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, PATRICK HART,
DAVID WHEELER, CITY OF
FORT LAUDERDALE and CITY OF
HALLANDALE,

    Defendants.
_____/

## DEFENDANTS PATRICK HART, THOMAS REED AND CITY OF FORT LAUDERDALE'S MOTION TO AMEND STYLE OF CASE

Defendants, PATRICK HART, THOMAS REED and CITY OF FORT LAUDERDALE, by and through their undersigned counsel, hereby move the Court to amend the style of this case to reflect the Court's dismissal of Defendant, DAVID WHEELER, pursuant to the Court's Order Dismissing Only Defendant, David Wheeler, With Prejudice, dated March 16, 2001, and in support state as follows:

1.    Pursuant to the parties executing and filing a Joint Stipulation of Voluntary Dismissal Only as to Defendant, David Wheeler, With Prejudice, this Court issued its Order Dismissing Only Defendant, David Wheeler, With Prejudice on or about March 16, 2001 (attached).

WHEREFORE, Defendants, PATRICK HART, THOMAS REED and CITY OF FORT LAUDERDALE, respectfully request that the style of the above-referenced case be amended to exclude DAVID WHEELER as a party Defendant.



ADORNO & ZEDER, P.A.
888 SOUTHEAST 3RD AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33335-9002 • TELEPHONE (954)523-5885 • TELEFAX (954) 760-9531

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by regular U.S. Mail this __24th__ day of April, 2001 to all counsel and parties listed on the attached service list.

        ADORNO & ZEDER, P.A.
        Attorneys for Defendant, Reed, Hart, & City
          of Fort Lauderdale
        888 Southeast Third Avenue, Suite 500
        Fort Lauderdale, FL 33335-9002
        Telephone:   (954) 523-5885
        Facsimile:    (954) 760-9531

By: _/s/ Alain E. Boileau_
    DIETER K. GUNTHER
    Florida Bar Number: 094456
    ALAIN E. BOILEAU
    Florida Bar Number: 0148598

HODGE v. CHURCH, et al.
CASE NO. 00-6228-CIV-SEITZ
MAGISTRATE JUDGE GARBER

## Service List

**Gordon S. Daniels, Esquire**
Daniels & Daniels, Esquire
4300 North University Drive
Suite B-200
Fort Lauderdale, Florida 33351
Telephone:    (954) 572-7100
Facsimile:    (954) 572-0667
**Attorneys for Plaintiff**

**Mark Goldstein, Esquire**
City Attorney
City of Hallandale Beach
400 S. Federal Highway
Hallandale Beach, FL 33009
Telephone:    (954) 457-1325
Facsimile:    (954) 457-1342
**Attorney for Defendants, Church
and City of Hallandale Beach**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

Defendants.
_____/

FILED by _____ D.C.

MAR 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DISMISSING ONLY DEFENDANT, DAVID WHEELER, WITH PREJUDICE

THIS CAUSE came before this Honorable Court upon the Joint Stipulation of Voluntary Dismissal Only as to Defendant, DAVID WHEELER, With Prejudice, signed by all parties to this action, it is hereby

ORDERED that only the Defendant, DAVID WHEELER, be dismissed, with prejudice, from this action.

DONE AND ORDERED in Miami, Florida this 16th day of March, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Gordon S. Daniels, Esq.
Mark Goldstein, Esq.
Dieter K. Gunther, Esq.

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.