UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

vs.

TIMOTHY M. CHURCH,
THOMAS REED, PATRICK HART,
DAVID WHEELER, CITY OF
FORT LAUDERDALE and CITY OF
HALLANDALE,

    Defendants.
_____/



FILED by MBD D.C.
APR 3 0 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S. D. OF FLA. MIAMI

## ORDER GRANTING DEFENDANTS PATRICK HART, THOMAS REED AND CITY OF FORT LAUDERDALE'S MOTION TO AMEND STYLE OF CASE

THIS MATTER is before the Court upon Defendants Patrick Hart, Thomas Reed and City of Fort Lauderdale's Motion to Amend Style of Case. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that there is good cause to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that said motion is hereby **GRANTED**. The style of the above-referenced case shall be amended to exclude DAVID WHEELER as a party Defendant.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this 30 day of April 2001.

                              _____
                              U.S. District Judge
                              Patricia A. Seitz

Copies provided: See attached Service List

HODGE v. CHURCH, et al.
CASE NO. 00-6228-CIV-SEITZ
MAGISTRATE JUDGE GARBER

Service List

**Gordon S. Daniels, Esquire**
Daniels & Daniels, Esquire
4300 North University Drive
Suite B-200
Fort Lauderdale, Florida 33351
Telephone:   (954) 572-7100
Facsimile:   (954) 572-0667
**Attorneys for Plaintiff**

**Mark Goldstein, Esquire**
City Attorney
City of Hallandale Beach
400 S. Federal Highway
Hallandale Beach, FL 33009
Telephone:   (954) 457-1325
Facsimile:   (954) 457-1342
**Attorney for Defendants, Church
and City of Hallandale Beach**

**Dieter K. Gunther, Esquire**
**Alain E. Boileau, Esquire**
Adorno & Zeder, P.A.
888 Southeast 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33335-9002
Telephone:   (954) 523-5885
Facsimile:   (954) 760-9531
**Attorneys for Defendants, Reed,
Hart and City of Fort Lauderdale**