UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6228-CIV-Seitz/Garber

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on the plaintiff's Motions to Compel Defendants City of Fort Lauderdale, Thomas Reed, and Patrick Hart to Respond to Plaintiff's Third Request for Production. Said motions are directed toward the production of certain photographs designated therein.

By Omnibus Order dated March 1, 2001 (DE 94), the Court ordered each of said defendants to provide the photographs sought by the motions now before the Court. Accordingly, it is hereby

ORDERED that plaintiffs Motions to Compel defendants City of Fort Lauderdale, Reed, and Hart to Respond to Plaintiff's Third Request for Production regarding such photographs are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of May, 2001

                                        BARRY L. GARBER
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record

