

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

vs.

TIMOTHY M. CHURCH,
et. al.

    Defendants.
_____/

### PLAINTIFF'S , HODGE, RESPONSE TO DEFENDANTS' MOTION TO STRIKE WITNESSES FROM PLAINTIFFS' AMENDED WITNESS LIST

    COMES NOW the Plaintiff, HUGH HODGE, and responds to the Defendants, TIMOTHY M. CHURCH, PATRICK HART, THOMAS REED, CITY OF HALLANDALE, and CITY OF FORT LAUDERDALE, Motion To Strike Dr. Harry W. Graff, Kenneth Kelly and Phil Seguin, as witnesses listed in Plaintiff's Amended Witness List, and states as follows:

    1. The witnesses, Kenneth Kelly and Phil Seguin, were the head instructors of the Fort Lauderdale Police Department's K-9 School at the time of this incident. The only purpose for their testimony was to determine what procedures were in effect, at the time of this incident, regarding the use of K-9 dogs in the apprehension of individuals. Officer Kelly and Officer Seguin were noticed for deposition on February 15, 2001 and their depositions taken on February 23, 2001. Therefore I do not understand the Defendants' statement that they are not currently aware of the relevance of these witnesses when the substance of their testimony was stated in their depositions.

2. As regards the witness, Dr. Harry W. Graff. He is a psychiatrist treating Mr. Hodge at the Spectrum Program. Since his deposition has not been taken I will agree to withdraw his name as a witness in this case.

WHEREFORE the Plaintiff, HUGH HODGE, respectfully requests that this Court not strike the witnesses Kenneth Kelly and Phil Seguin from the Plaintiff's Amended Witness List and that they be allowed to testify at trial.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by regular U.S. mail to Mark Goldstein, Esq. City Attorney's Office, City of Hallandale, 400 South Federal Highway, Hallandale, Florida 33099 and Dieter K. Gunther, Esq., Adordo & Zeder P.A. 888 S.E. Third Avenue, #500, Fort Lauderdale, Florida 33335-9005 this 17th day of May 2001.

DANIELS & DANIELS, PA
Attorneys for Plaintiff
4300 North University Drive, Suite B-200
Fort Lauderdale, Florida 33351
Telephone: (954) 572-7100
Fax: (954) 572-0667

By: _____
GORDON S. DANIELS, ESQ.
Florida Bar No. 350648