UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HUGH HODGE
  Plaintiff,

vs

TIMOTHY M. CHURCH, et al.
  Defendant,  /

CASE NO: 00-6228-CIV-SEITZ

MEDIATION REPORT

Type of Case:

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Arthur B. Parkhurst, Esquire of MEDIATION, INC., on May 21, 2001.

The following were present:
  All Plaintiffs and Plaintiff Trial Counsel appeared.
  All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:
  Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

Copies furnished by U.S. Mail to:
  Mark Goldstein, Esquire
  Dieter K. Gunther, Esquire
  Gordon S. Daniels, Esquire

RESPECTFULLY SUBMITTED on May 22, 2001

_____
JAMES B. CHAPLIN, ESQUIRE
for Arthur B. Parkhurst
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
    (800) 741-7000