UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/



FILED by _____ D.C.

JUN 1 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal, filed June 11, 2001. Upon due consideration, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All parties are to bear their own attorneys' fees and costs. Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 13th day of June, 2001

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for Plaintiff
Gordon Daniels
Daniels & Daniels, P.A.
4300 North University Dr., suite B-200
Ft. Lauderdale, FL 33351

Counsel for Def. Hallandale
Mark Goldstein
City Attorney, Hallandale Beach
400 S. Federal Highway
Hallandale Beach, FL 33009

Counsel for Def.
Dieter Gunther
Adorno & Zeder
888 SE 3rd Ave., suite 500
Ft. Lauderdale, FL 33316

