UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6228-CIV-SEITZ/GARBER

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY M. CHURCH, et al.,

    Defendants.
_____/



### MOTION FOR ORDER WITHDRAWING MOTION AND ORDER TO COMPEL

**COMES NOW** the Plaintiff, HUGH HODGE, by and through his undersigned attorney, and moves this Honorable Court to enter its Order Withdrawing Motion to Compel, and as grounds therefor, states as follows:

1. On or about July 26, 2001 a Motion and Order to Compel payment of the Settlement Funds regarding the above referenced matter was filed with the Court.

2. As of the filing of this Motion, the City Attorney has complied with the Settlement Agreement and said funds have been received by Plaintiff's attorney.

3. Plaintiff's attorney has agreed not to pursue additional attorney's fees in the bringing of said Motion to Compel.

WHEREFORE, Plaintiff, HUGH HODGE, respectfully requests that this Honorable Court enter its Order Withdrawing the Motion and Order to Compel filed on or about July 26, 2001.

**I HEREBY CERTIFY** that a copy of the foregoing was mailed on August 13th 2001 to the offices of: DIETER K. GUNTHER, ADORNO & ZEDER, P.A., Attorney for Defendants, Thomas Reed, Patrick Hart, David Wheeler and City of Fort Lauderdale, 888 Southeast 3rd Avenue, Suite 500, Fort

Lauderdale, FL 33335-9002 and MARK GOLDSTEIN, ESQ., Attorney for Defendant, City of Hallandale Beach, 400 S. Federal Highway, Hallandale Beach, Florida 33009.

>DANIELS & DANIELS, PA
>Attorneys for Plaintiff
>4300 North University Drive, Suite B-200
>Fort Lauderdale, Florida 33351
>Telephone: (954) 572-7100
>Fax: (954) 572-0667
>
>By: _____
>GORDON S. DANIELS, ESQ.
>Florida Bar No. 350648

MOTION WITHDRAWING MOTION TO COMEPL.wpd