UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6228-CIV-SEITZ

HUGH HODGE,

    Plaintiff,

v.

TIMOTHY CHURCH, et al.,

    Defendants.
_____/



FILED by _____ D.C.
AUG 1 6 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDERING GRANTING MOTION TO WITHDRAW MOTION TO COMPEL

THIS CAUSE came before the Court on the Plaintiff's Motion to Withdraw Motion to Compel, filed August 15, 2001. Defendant originally moved to compel the payment of settlement funds. Those funds have been paid. (Pl.'s Mot. for Order Withdrawing Mot. at 1.) Accordingly, it is hereby

ORDERED that Plaintiff's motion for order withdrawing motion to compel is GRANTED.

DONE AND ORDERED in Miami, Florida, this 15th day of August, 2001

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for Plaintiff
Gordon Daniels
Daniels & Daniels, P.A.
4300 North University Dr., suite B-200
Ft. Lauderdale, FL 33351

Counsel for Def. Hallandale
Mark Goldstein
City Attorney, Hallandale Beach
400 S. Federal Highway
Hallandale Beach, FL 33009

Counsel for Def.
Dieter Gunther
Adorno & Zeder
888 SE 3rd Ave., suite 500
Ft. Lauderdale, FL 33316

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.